Nancy M. Erfle, OSB No. 902570
nerfle@grsm.com
Laura S. Polster, OSB No. 172007
lpolster@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Tel: (503) 222-1075
Fax: (503) 616-3600

*Attorneys for Defendant Ford Motor Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| JUAN AND KRIS YRAGUEN,<br><br>                           Plaintiffs,<br><br>   vs.<br><br>FORD MOTOR COMPANY,<br><br>                       Defendant. | Case No. 6:23-cv-01366-AA<br><br>**DEFENDANT FORD MOTOR COMPANY'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT**<br><br>(Jury Trial Requested) |

Defendant Ford Motor Company ("Ford") answers Plaintiffs' Juan and Kris Yraguen ("Plaintiffs'") Complaint as follows:

1.

In response to Paragraph 1 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

/ / /

/ / /

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 1

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

2.

In response to Paragraph 2 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

3.

Ford denies the allegations in Paragraph 3 of the Complaint.

4.

In response to Paragraph 4 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

5.

In response to Paragraph 5 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

6.

In response to Paragraph 6 of the Complaint, Ford specifically denies that the "roof crushed down" on the Plaintiff's neck; otherwise, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

7.

In response to Paragraph 7 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

8.

In response to Paragraph 8 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

/ / /

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 2

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

9.

Ford denies the allegations in Paragraph 9 of the Complaint.

10.

The allegations in Paragraph 10 of Plaintiffs' Complaint are argumentative and incorrect; Ford denies all such allegations.

11.

The allegations in Paragraph 11 of Plaintiffs' Complaint are argumentative and incorrect; Ford denies all such allegations.

12.

In response to Paragraph 12 of Plaintiffs' Complaint, Ford admits that the Super Duty family of trucks includes F-250s, F-350s, F-450s, and F-550s and that Ford sold approximately 5.2 million 1999-2016 model year Super Duty trucks. Ford denies the remaining allegations in Paragraph 12 of Plaintiffs' Complaint.

13.

The allegations in Paragraph 13 of Plaintiffs' Complaint are argumentative, vague, lack context and do not call for a response from Ford. To the extent the allegations in Paragraph 13 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

14.

The allegations in Paragraph 14 of Plaintiffs' Complaint are argumentative, lack context and do not call for a response from Ford. To the extent the allegations in Paragraph 14 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

/ / /

/ / /

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 3

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

15.

The allegations in Paragraph 15 of Plaintiffs' Complaint are argumentative, incorrect and do not call for a response from Ford. To the extent the allegations in Paragraph 15 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

16.

In response to Paragraph 16 of Plaintiffs' Complaint, Ford admits there have been prior lawsuits filed against it involving Super Duty trucks in rollover crashes. Ford denies the remainder of the allegations in Paragraph 16 of Plaintiffs' Complaint.

17.

The allegations in Paragraph 17 of Plaintiffs' Complaint are argumentative and do not call for a response from Ford. To the extent the allegations in Paragraph 17 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

18.

The allegations in Paragraph 18 of Plaintiffs' Complaint are argumentative, vague, lack context and do not call for a response from Ford. To the extent the allegations in Paragraph 18 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

19.

The allegations in Paragraph 19 of Plaintiffs' Complaint are argumentative, lack context and do not call for a response from Ford. To the extent the allegations in Paragraph 19 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

/ / /

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 4

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

20.

In response to Paragraph 20 of Plaintiffs' Complaint, Ford admits that Melvin and Voncile Hill were occupants of a 2002 Ford F-250 Super Duty truck that rolled over in Sumter County, GA, and that both occupants died at the scene. Ford further admits that on Friday, August 19, 2022, a jury in the case of *Hill v. Ford Motor Company, The Pep Boys-Manny, More & Jack (Inc.), Curtis Clinton Thompson, Jr., Willie Braswell, and Donald Taylor* (Civil Action File No. 16-C-04179-S2) imposed a $1.7 billion dollar verdict against Ford. Ford intends to appeal the verdict.[1] Ford denies the remaining allegations in Paragraph 20 of Plaintiffs' Complaint.

21.

In response to Paragraph 21 of the Complaint, Ford admits that it has maintained that the roof in the Super Duty truck at issue in the *Hill* case is reasonably safe as designed. The remaining allegations in Paragraph 21 of Plaintiffs' Complaint are argumentative, lack context and do not call for a response from Ford. To the extent the remaining allegations in Paragraph 21 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

22.

The allegations in Paragraph 22 of Plaintiffs' Complaint are argumentative, lack context and do not call for a response from Ford. To the extent the allegations in Paragraph 22 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

23.

The allegations in Paragraph 23 of Plaintiffs' Complaint are argumentative, lack context and do not call for a response from Ford. To the extent the allegations in Paragraph 23 of Plaintiffs'

---

[1] The *Hill* case is repeatedly referenced throughout Plaintiffs' Complaint. That case involved a different crash and a different vehicle. The results of the August 2022 trial were due to a Sanctions Order that is not supported by the facts or the evidence. Ford disagrees the verdict and intends to appeal.

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 5

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

24.

In response to Paragraph 24 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

25.

In response to Paragraph 25 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

26.

In response to Paragraph 26 of the Complaint, Ford admits that Douglas County is within the Eugene Division of the District of Oregon. Ford is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 26 of Plaintiffs' Complaint and therefore denies them.

27.

In response to Paragraph 27 of the Complaint, Ford admits it is a foreign corporation organized and existing under the laws of Delaware, with its principal place of business in Dearborn, Michigan. Ford further admits that it is engaged in the design, manufacture, distribution, marketing, and sale of motor vehicles to authorized dealers throughout the United States, including Oregon.

28.

In response to Paragraph 28 of the Complaint, Ford admits that it markets its vehicles to consumers through television, radio, print media, and direct mail throughout the United States, including Oregon. Ford further admits authorized dealerships sell and repair vehicles, at times under Ford warranties, throughout the United States, including Oregon. Ford also admits it distributes replacement parts to dealers and independent automotive shops throughout the United

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 6

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR  97201
Telephone:  (503) 222-1075
Facsimile:  (503) 616-3600

States, including Oregon. Ford denies the remaining allegations in Paragraph 28 of Plaintiffs' Complaint, as stated.

29.

In response to Paragraph 29 of the Complaint, Ford denies that the Super Duty truck injured Plaintiffs. Ford is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 29 of Plaintiffs' Complaint and therefore denies them.

30.

In response to Paragraph 30 of the Complaint, Ford admits it transacts business in Oregon and that it was served with legal process through its registered agent in Oregon, C T Corporation System, located at 780 Commercial Street SE, Suite 100, Salem, Oregon, 97301. Ford denies the remaining allegations in Paragraph 30 of Plaintiffs' Complaint.

31.

In response to Paragraph 31 of the Complaint, Ford admits complete diversity of citizenship exists between the parties and that Plaintiffs seek damages more than $75,000.00. Ford denies the remaining allegations in Paragraph 31 of Plaintiffs' Complaint.

32.

In response to Paragraph 32 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

33.

In response to Paragraph 33 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

34.

In response to Paragraph 34 of the Complaint, Ford admits that it designed, in part, the subject truck. However, Ford was not the sole designer as certain component parts of the subject truck were designed by outside suppliers.

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 7

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

35.

In response to Paragraph 35 of the Complaint, Ford admits that it manufactured, in part, the subject truck.

36.

In response to Paragraph 36 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

37.

In response to Paragraph 37 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

38.

Ford denies the allegations in Paragraph 38 of the Complaint.

39.

Ford denies the allegations in Paragraph 39 of the Complaint.

40.

The allegations in Paragraph 40 of the Complaint are argumentative, incorrect and do not call for a response from Ford. To the extent the allegations in Paragraph 40 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

41.

The allegations in Paragraph 41 of the Complaint are argumentative, incorrect and do not call for a response from Ford. Further, Ford denies the allegations in Paragraph 41 of the Complaint.

/ / /

/ / /

/ / /

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 8

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

42.

In response to Paragraph 42 of the Complaint, Ford states the allegation is incomplete, lacks context and admits only that the testimony of its corporate representative(s) in the *Hill* case speaks for itself.

43.

In response to Paragraph 43 of the Complaint, Ford admits that it has maintained that the roof in the Super Duty truck at issue in the *Hill* case is reasonably safe as designed. The remaining allegations in Paragraph 43 of Plaintiffs' Complaint are argumentative, incomplete, lack context and do not call for a response from Ford. To the extent the allegations in Paragraph 43 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

44.

In response to Paragraph 44 of the Complaint, Ford admits that the roof in the Super Duty truck at issue in the *Hill* case was among the strongest in its class of vehicles. Ford denies the remaining allegations in Paragraph 44 of Plaintiffs' Complaint.

45.

In response to Paragraph 45 of the Complaint, Ford admits that it has not issued a recall regarding the roof in the Super Duty line of trucks. Ford denies that the design of the roof structure of the subject truck is defective. The remaining allegations in Paragraph 45 of Plaintiffs' Complaint are argumentative and do not call for a response from Ford. To the extent the allegations in Paragraph 45 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

/ / /

/ / /

/ / /

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 9

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

46.

The allegations in Paragraph 46 of the Complaint are argumentative and do not call for a response from Ford. To the extent the allegations in Paragraph 46 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

47.

In response to Paragraph 47 of the Complaint, Ford admits that the Court in the *Hill* trial admitted other incidents into evidence, over Ford's objection. Ford denies the remaining allegations in Paragraph 47 of Plaintiffs' Complaint.

48.

Ford denies the allegations in Paragraph 48 of Plaintiffs' Complaint, as stated.

49.

The allegations in Paragraph 49 of Plaintiffs' Complaint are argumentative and do not call for a response from Ford. To the extent the allegations in Paragraph 49 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

50.

Ford denies the allegations in Paragraph 50 of Plaintiffs' Complaint.

51.

Ford denies the allegations in Paragraph 51 of Plaintiffs' Complaint.

52.

Ford denies the allegations in Paragraph 52 of Plaintiffs' Complaint, as stated.

53.

In response to Paragraph 53 of the Complaint, Ford admits that the *Hill* case was first tried in 2018 and that following the first trial the Court imposed issue preclusive sanctions against Ford, which Ford has maintained were improper, unjust, and a denial of due process. Ford denies the

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

remaining allegations in Paragraph 53 of Plaintiffs' Complaint and specifically denies that it "deliberately caused a mistrial" in the *Hill* case.

54.

The allegations in Paragraph 54 of the Complaint are argumentative, incorrect and do not call for a response from Ford. To the extent the allegations in Paragraph 54 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

55.

The allegations in Paragraph 55 of the Complaint are argumentative, incorrect, lack context and do not call for a response from Ford. To the extent the allegations in Paragraph 55 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

56.

Ford admits that it knows how to build safe roof structure, and that it incorporated a safe roof structure on the subject truck; however, Ford denies the remaining allegations in Paragraph 56 of Plaintiffs' Complaint.

57.

In response to Paragraph 57 of the Complaint, Ford admits only that the video speaks for itself.

58.

In response to Paragraph 58 of the Complaint, Ford admits only that the video speaks for itself.

59.

In response to Paragraph 59 of the Complaint, Ford admits only that the video speaks for itself.

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 11

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

60.

Ford denies the allegations in Paragraph 60 of Plaintiffs' Complaint.

61.

Ford denies the allegations in Paragraph 61 of Plaintiffs' Complaint and refers Plaintiffs to the collection of documents addressing the design and development of the Super Duty line of vehicles for purposes of context.

62.

Ford denies the allegations in Paragraph 62 of Plaintiffs' Complaint and refers Plaintiffs to the collection of documents addressing the design and development of the Super Duty line of vehicles for purposes of context.

63.

Ford denies the allegations in Paragraph 63 of Plaintiffs' Complaint and refers Plaintiffs to the collection of documents addressing the design and development of the Super Duty line of vehicles for purposes of context.

64.

Ford denies the allegations in Paragraph 64 of Plaintiffs' Complaint and refers Plaintiffs to the collection of documents addressing the design and development of the Super Duty line of vehicles for purposes of context.

65.

In response to Paragraph 65 of the Complaint, Ford admits that roofs in Super Duty trucks, like any vehicle, could be made stronger. To the extent Paragraph 65 of Plaintiffs' Complaint is deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

66.

Ford denies the allegations in Paragraph 66 of Plaintiffs' Complaint, as stated.

/ / /

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

67.

The allegations in Paragraph 67 of Plaintiffs' Complaint are argumentative, lack context, are incorrect and do not call for a response from Ford. To the extent the allegations in Paragraph 67 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

68.

The allegations in Paragraph 68 of Plaintiffs' Complaint are argumentative, lack context and do not call for a response from Ford. To the extent the allegations in Paragraph 68 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

69.

In response to Paragraph 69 of the Complaint, Ford admits the engineers who worked on the Big Bang Project looked to the Volvo XC90 roof for benchmarking purposes. Ford denies the remaining allegations in Paragraph 69 of Plaintiffs' Complaint.

70.

Ford denies the allegations in Paragraph 70 of Plaintiffs' Complaint.

71.

The allegations in Paragraph 71 of Plaintiffs' Complaint are argumentative, incorrect and do not call for a response from Ford. To the extent the allegations in Paragraph 71 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

/ / /

/ / /

/ / /

/ / /

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 13

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR  97201
Telephone:  (503) 222-1075
Facsimile:   (503) 616-3600

72.

The allegations in Paragraph 72 of Plaintiffs' Complaint are argumentative, incorrect and do not call for a response from Ford. To the extent the allegations in Paragraph 72 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

73.

The allegations in Paragraph 73 of Plaintiffs' Complaint are argumentative, lack context and do not call for a response from Ford. To the extent the allegations in Paragraph 73 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

74.

Ford denies the allegations in Paragraph 74 of Plaintiffs' Complaint.

75.

In response to Paragraph 75 of the Complaint, Ford admits that in 2009, Autoliv (an automotive component supplier), at the direction of Ford, conducted a suite of various crash tests, including rollover crash tests, to support Ford's design and development of rollover crash occupant protection technology (the Safety Canopy System).

76.

The allegations in Paragraph 76 of Plaintiffs' Complaint are argumentative, lack context and do not call for a response from Ford. To the extent the allegations in Paragraph 76 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

77.

In response to Paragraph 77 of the Complaint, Ford admits that in 2009, Autoliv (an automotive component supplier), at the direction of Ford, conducted a suite of various crash tests.

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 14

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

Ford denies that Plaintiff Juan was injured and paralyzed due to the roof crush. Beyond this, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77 of Plaintiffs' allegations and therefore denies them.

78.

Ford denies the allegations in Paragraph 78 of Plaintiffs' Complaint.

79.

The allegations in Paragraph 79 of Plaintiffs' Complaint are argumentative, incorrect, lack context and do not call for a response from Ford. To the extent the allegations in Paragraph 79 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

80.

Ford denies the allegations in Paragraph 80 of Plaintiffs' Complaint.

81.

Ford denies the allegations in Paragraph 80 of Plaintiffs' Complaint, as stated.

82.

Ford denies the allegations in Paragraph 82 of Plaintiffs' Complaint.

83.

The allegations in Paragraph 83 of Plaintiffs' Complaint are argumentative, incorrect, lack context and do not call for a response from Ford. To the extent the allegations in Paragraph 83 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

84.

Ford denies the allegations in Paragraph 84 of Plaintiffs' Complaint, as stated.

85.

Ford denies the allegations in Paragraph 85 of Plaintiffs' Complaint, as stated.

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 15

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

86.

In response to Paragraph 86 of the Complaint, Ford admits that the team of engineers who worked on the Big Bang Project were given the Henry Ford Technical Excellence Award. The remaining allegations in Paragraph 86 of Plaintiffs' Complaint are argumentative, lack context and do not call for a response from Ford. To the extent the remaining allegations in Paragraph 86 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such allegations.

87.

Ford denies the allegations in Paragraph 87 of Plaintiffs' Complaint.

88.

In response to Paragraph 88 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

89.

In response to Paragraph 89 of the Complaint, Ford admits that roofs in Super Duty trucks, like any vehicle, could be made stronger. To the extent Paragraph 89 of Plaintiffs' Complaint is deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

90.

The allegations in Paragraph 90 of Plaintiffs' Complaint are argumentative, incorrect, lack context and do not call for a response from Ford. To the extent the allegations in Paragraph 90 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

/ / /

/ / /

/ / /

/ / /

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 16

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

91.

The allegations in Paragraph 91 of Plaintiffs' Complaint are argumentative, incorrect, lack context and do not call for a response from Ford. To the extent the allegations in Paragraph 91 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

92.

The allegations in Paragraph 92 of Plaintiffs' Complaint are argumentative, incorrect, lack context and do not call for a response from Ford. To the extent the allegations in Paragraph 92 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

93.

Ford denies the allegations in Paragraph 93 of Plaintiffs' Complaint.

94.

The allegations in Paragraph 94 of Plaintiffs' Complaint are argumentative, incorrect, lack context and do not call for a response from Ford. To the extent the allegations in Paragraph 94 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

95.

Ford denies the allegations in Paragraph 95 of Plaintiffs' Complaint.

96.

Ford denies the allegations in Paragraph 96 of Plaintiffs' Complaint.

97.

In response to Paragraph 97 of the Complaint, Ford admits that Hikmat Mahmood, Ph.D., was an engineer at Ford who has performed certain calculations in his role as an engineer at Ford. Ford denies the remaining allegations in Paragraph 97 of Plaintiffs' Complaint.

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 17

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

98.

In response to Paragraph 98 of the Complaint, Ford admits that Steve Kozack was at one time the Global Safety Chief Engineer at Ford. Ford denies the remaining allegations in Paragraph 98 of Plaintiffs' Complaint.

99.

Ford denies the allegations in Paragraph 99 of Plaintiffs' Complaint, as stated.

100.

Ford denies the allegations in Paragraph 100 of Plaintiffs' Complaint.

101.

Ford denies the allegations in Paragraph 101 of Plaintiffs' Complaint.

102.

Ford denies the allegations in Paragraph 102 of Plaintiffs' Complaint.

103.

In response to Paragraph 103 of the Complaint, Ford admits that after 2015, lawsuits were filed against Ford alleging deaths and injuries caused by roof crush in rollover wrecks of Ford "Super Duty" trucks. Ford denies the remaining allegations in Paragraph 103 of Plaintiffs' Complaint.

104.

Ford denies the allegations in Paragraph 104 of Plaintiffs' Complaint.

105.

Ford denies the allegations in Paragraph 105 of Plaintiffs' Complaint.

106.

The allegations in Paragraph 106 of Plaintiffs' Complaint reference an entity other than Ford and do not call for a response from Ford. To the extent the allegations in Paragraph 106 of

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 18

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

107.

The allegations in Paragraph 107 of Plaintiffs' Complaint reference an entity other than Ford and do not call for a response from Ford. To the extent the allegations in Paragraph 107 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

108.

In response to Paragraph 108 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegation regarding what "all automakers" have done and therefore denies the allegation. Ford denies the remaining allegations in Paragraph 108 on Plaintiffs' Complaint, as stated.

109.

The allegations in Paragraph 109 of Plaintiffs' Complaint are argumentative, incorrect, lack context and do not call for a response from Ford. To the extent the allegations in Paragraph 109 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

110.

The allegations in Paragraph 110 of Plaintiffs' Complaint are argumentative, incorrect, lack context and do not call for a response from Ford. To the extent the allegations in Paragraph 110 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

111.

Ford denies the allegations in Paragraph 111 of Plaintiffs' Complaint.

/ / /

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 19

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

112.

In response to Paragraph 112 of the Complaint, Paragraph 112 asserts legal conclusions to which no response is required. To the extent Paragraph 112 of Plaintiffs' Complaint is deemed to contain any substantive allegations or suggestions of wrongdoing against Ford, Ford denies all such allegations.

113.

The allegations in Paragraph 113 of Plaintiffs' Complaint are argumentative and do not call for a response from Ford. To the extent the allegations in Paragraph 113 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

114.

In response to Paragraph 114 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them. Ford further states that Paragraph 114 of Plaintiffs' Complaint asserts legal conclusions to which no response is required. To the extent Paragraph 114 of Plaintiffs' Complaint is deemed to contain any substantive allegations or suggestions of wrongdoing against Ford, Ford denies all such allegations.

115.

In response to Paragraph 115 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them. Ford further states that Paragraph 115 of Plaintiffs' Complaint asserts legal conclusions to which no response is required. To the extent Paragraph 115 of Plaintiffs' Complaint is deemed to contain any substantive allegations or suggestions of wrongdoing against Ford, Ford denies all such allegations.

116.

Ford denies the allegations in Paragraph 116 of the Complaint.

/ / /

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 20

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

117.

Ford denies the allegations in Paragraph 117 of the Complaint.

118.

Ford denies the allegations in Paragraph 118 of the Complaint.

119.

Ford denies the allegations in Paragraph 119 of the Complaint.

120.

Ford denies the allegations in Paragraph 120 of the Complaint.

121.

The allegations in Paragraph 121 of Plaintiffs' Complaint are argumentative and do not call for a response from Ford. To the extent the allegations in Paragraph 121 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

122.

The allegations in Paragraph 122 of Plaintiffs' Complaint are argumentative, incorrect and do not call for a response from Ford. To the extent the allegations in Paragraph 122 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

123.

The allegations in Paragraph 123 of Plaintiffs' Complaint are argumentative and do not call for a response from Ford. To the extent the allegations in Paragraph 123 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

/ / /

/ / /

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 21

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

124.

The allegations in Paragraph 124 of Plaintiffs' Complaint are argumentative, incorrect, lack context and do not call for a response from Ford. To the extent the allegations in Paragraph 124 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

125.

The allegations in Paragraph 125 of Plaintiffs' Complaint are argumentative and do not call for a response from Ford. To the extent the allegations in Paragraph 125 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

126.

The allegations in Paragraph 126 of Plaintiffs' Complaint are argumentative and do not call for a response from Ford. To the extent the allegations in Paragraph 126 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

127.

In response to Paragraph 127 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

128.

In response to Paragraph 128 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

129.

In response to Paragraph 129 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

130.

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

In response to Paragraph 130 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

131.

In response to Paragraph 131 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

132.

In response to Paragraph 132 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

133.

In response to Paragraph 133 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

134.

In response to Paragraph 134 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

135.

In response to Paragraph 135 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

136.

In response to Paragraph 136 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

137.

In response to Paragraph 137 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

/ / /

/ / /

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 23

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

138.

In response to Paragraph 138 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

139.

In response to Paragraph 139 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

140.

The allegations in Paragraph 140 of Plaintiffs' Complaint are argumentative, incorrect, lack context and do not call for a response from Ford. To the extent the allegations in Paragraph 140 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

141.

The allegations in Paragraph 141 of Plaintiffs' Complaint are argumentative, incorrect and do not call for a response from Ford. To the extent the allegations in Paragraph 141 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

142.

The allegations in Paragraph 142 of Plaintiffs' Complaint are argumentative and do not call for a response from Ford. To the extent the allegations in Paragraph 142 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

/ / /

/ / /

/ / /

/ / /

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 24

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

143.

The allegations in Paragraph 143 of Plaintiffs' Complaint are argumentative, incorrect and do not call for a response from Ford. To the extent the allegations in Paragraph 143 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

144.

In response to Paragraph 144 of the Complaint, Ford admits that in the *Hill* case Plaintiffs took the testimony of certain Ford engineers by videotaped deposition. Beyond this, the allegations in Paragraph 144 of Plaintiffs' Complaint are argumentative, incorrect, lack context and do not call for a response from Ford. To the extent the remaining allegations in Paragraph 144 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

145.

In response to Paragraph 145 of the Complaint, Ford admits that in the *Hill* case Plaintiffs took the testimony of certain Ford engineers by videotaped deposition and that Ford had counsel present at these depositions.  Beyond this, the allegations in Paragraph 145 of Plaintiffs' Complaint are argumentative and do not call for a response from Ford. To the extent the remaining allegations in Paragraph 145 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

146.

The allegations in Paragraph 146 of Plaintiffs' Complaint are argumentative, incorrect, lack context and do not call for a response from Ford. To the extent the allegations in Paragraph 146 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

/ / /

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 25

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR  97201
Telephone:  (503) 222-1075
Facsimile:  (503) 616-3600

147.

The allegations in Paragraph 147 of Plaintiffs' Complaint are argumentative and do not call for a response from Ford. To the extent the allegations in Paragraph 147 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

148.

The allegations in Paragraph 148 of Plaintiffs' Complaint are argumentative and do not call for a response from Ford. To the extent the allegations in Paragraph 148 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

149.

The allegations in Paragraph 149 of Plaintiffs' Complaint are argumentative and do not call for a response from Ford. To the extent the allegations in Paragraph 149 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

150.

The allegations in Paragraph 150 of Plaintiffs' Complaint are argumentative, incorrect, lack context and do not call for a response from Ford. To the extent the allegations in Paragraph 150 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

151.

Ford denies the allegations in Paragraph 151 of the Complaint.

152.

The allegations in Paragraph 152 of Plaintiffs' Complaint are argumentative and do not call for a response from Ford. To the extent the allegations in Paragraph 152 of Plaintiffs'

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

153.

Ford denies the allegations in Paragraph 153 of the Complaint.

154.

In response to Paragraph 154 of the Complaint, Ford incorporates by reference its previously stated responses to Paragraphs 1 through 153 and its defenses.

155.

In response to Paragraph 155 of the Complaint, Paragraph 155 asserts legal conclusions to which no response is required. To the extent Paragraph 155 of Plaintiffs' Complaint is deemed to contain any substantive allegations or suggestions of wrongdoing against Ford, Ford denies all such allegations.

156.

In response to Paragraph 156 of the Complaint, Ford admits that it designed, in part, manufactured, in part, and distributed the subject truck. However, Ford was not the sole designer as certain component parts of the subject truck were designed by outside suppliers. Ford denies the remaining allegations in Paragraph 156 of Plaintiffs' Complaint.

157.

Ford denies the allegations in Paragraph 157 of the Complaint.

158.

Ford denies the allegations in Paragraph 158 of the Complaint.

159.

In response to Paragraph 159 of the Complaint, Ford is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

/ / /

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 27

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

160.

In response to Paragraph 160 of the Complaint, Ford incorporates by reference its previously stated responses to Paragraphs 1 through 159 and its defenses.

161.

Ford denies the allegations in Paragraph 161 of the Complaint.

162.

In response to Paragraph 162 of the Complaint, Paragraph 162 asserts legal conclusions to which no response is required. To the extent Paragraph 162 of Plaintiffs' Complaint is deemed to contain any substantive allegations or suggestions of wrongdoing against Ford, Ford denies all such allegations.

163.

Ford denies the allegations in Paragraph 163 of the Complaint.

164.

Ford denies the allegations in Paragraph 164 of the Complaint.

165.

Ford denies the allegations in Paragraph 165 of the Complaint.

166.

Ford denies the allegations in Paragraph 166 of the Complaint.

167.

In response to Paragraph 167 of the Complaint, Ford incorporates by reference its previously stated responses to Paragraphs 1 through 166 and its defenses.

/ / /

/ / /

/ / /

/ / /

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 28

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

168.

In response to Paragraph 168 of the Complaint, Paragraph 168 asserts legal conclusions to which no response is required. To the extent Paragraph 168 of Plaintiffs' Complaint is deemed to contain any substantive allegations or suggestions of wrongdoing against Ford, Ford denies all such allegations.

169.

Ford denies the allegations in Paragraph 169 of the Complaint.

170.

Ford denies that the roof structure of the subject truck is "dangerously weak." Thus, Ford did not issue any such warning. Ford denies the remaining allegations in Paragraph 170 of Plaintiffs' Complaint.

171.

In response to Paragraph 171 of the Complaint, Ford admits it has not issued any warnings regarding the roofs in Super Duty Trucks. Ford denies the remaining allegations in Paragraph 171 of Plaintiffs' Complaint.

172.

Ford denies the allegations in Paragraph 172 of the Complaint.

173.

Ford denies the allegations in Paragraph 173 of the Complaint.

174.

Ford denies the allegations in Paragraph 174 of the Complaint.

175.

Ford denies the allegations in Paragraph 175 of the Complaint.

/ / /

/ / /

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 29

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

176.

In response to Paragraph 176 of the Complaint, Ford incorporates by reference its previously stated responses to Paragraphs 1 through 175 and its defenses.

177.

In response to Paragraph 177 of the Complaint, Paragraph 177 asserts legal conclusions to which no response is required. To the extent Paragraph 177 of Plaintiffs' Complaint is deemed to contain any substantive allegations or suggestions of wrongdoing against Ford, Ford denies all such allegations.

178.

Ford denies the allegations in Paragraph 178 of the Complaint.

179.

Ford denies the allegations in Paragraph 179 of the Complaint.

180.

The allegations in Paragraph 180 of Plaintiffs' Complaint are argumentative, compound, in part incorrect, lack context and do not call for a response from Ford. To the extent the allegations in Paragraph 180 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

181.

Ford admits that the roof structure incorporated in the 2008 Super Duty truck at issue in this matter is safe. Separately, the allegations in Paragraph 181 of Plaintiffs' Complaint are argumentative and do not call for a response from Ford. To the extent the allegations in Paragraph 181 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

/ / /

/ / /

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 30

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

182.

The allegations in Paragraph 182 of Plaintiffs' Complaint are argumentative, incorrect and do not call for a response from Ford. To the extent the allegations in Paragraph 182 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

183.

Ford denies the allegations in Paragraph 183 of the Complaint.

184.

Ford denies the allegations in Paragraph 184 of the Complaint.

185.

Ford denies the allegations in Paragraph 185 of the Complaint.

186.

The allegations in Paragraph 186 of Plaintiffs' Complaint are argumentative and do not call for a response from Ford. To the extent the allegations in Paragraph 186 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions

187.

The allegations in Paragraph 187 of Plaintiffs' Complaint are argumentative, incomplete, lack context and do not call for a response from Ford. To the extent the allegations in Paragraph 187 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

/ / /

/ / /

/ / /

/ / /

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 31

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR  97201
Telephone:  (503) 222-1075
Facsimile:  (503) 616-3600

188.

The allegations in Paragraph 188 of Plaintiffs' Complaint are argumentative and do not call for a response from Ford. To the extent the allegations in Paragraph 188 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

189.

Ford denies the allegations in Paragraph 189 of the Complaint.

190.

The allegations in Paragraph 190 of Plaintiffs' Complaint are argumentative, incorrect and do not call for a response from Ford. To the extent the allegations in Paragraph 190 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

191.

The allegations in Paragraph 191 of Plaintiffs' Complaint are argumentative and do not call for a response from Ford. To the extent the allegations in Paragraph 191 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions.

192.

The allegations in Paragraph 192 of Plaintiffs' Complaint are argumentative and do not call for a response from Ford. To the extent the allegations in Paragraph 192 of Plaintiffs' Complaint are deemed to contain any suggestions of wrongdoing against Ford, Ford denies all such suggestions

193.

In response to Paragraph 193 of the Complaint, Ford incorporates by reference its previously stated responses to Paragraphs 1 through 192 and its defenses.

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 32

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

194.

Ford denies the allegations in Paragraph 194 of the Complaint.

195.

Ford denies the allegations in Paragraph 195 of the Complaint, and all of its subparts.

196.

Ford denies the allegations in Paragraph 196 of the Complaint.

197.

Ford denies the allegations in Paragraph 197 of the Complaint.

198.

Ford denies the allegations in Paragraph 198 of the Complaint.

## AFFIRMATIVE DEFENSES

Ford has not yet had the full opportunity to conduct a reasonable inquiry of the facts underlying this lawsuit, but based upon their current knowledge, information and belief, Ford asserts the following affirmative defenses, some or all of which may ultimately be supported by the facts to be revealed in discovery and investigation of this case. Upon request and/or having conducted discovery in this case, Ford will withdraw those defenses that are unsupported by the facts revealed in pretrial discovery and investigation, should there be any such defenses. On the basis of the above, by way of further answer to Plaintiffs' Complaint, Ford alleges as follows:

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

199.

Plaintiffs have failed to state sufficient ultimate facts to satisfy each element of Plaintiffs' causes of action against Ford.

/ / /

/ / /

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 33

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

## SECOND AFFIRMATIVE DEFENSE

### (Preemption)

200.

Plaintiffs' claims are preempted by state and federal statutes or regulations regarding automobile safety standards.

## THIRD AFFIRMATIVE DEFENSE

### (Comparative Fault)

201.

Plaintiffs' injuries were caused or contributed to by acts or omissions, negligence, carelessness, and/or recklessness of persons or entities other than Ford, and over whom Ford had no control and for which Ford is not responsible. These persons and entities include, but are not limited to, the other parties in this case.

## FOURTH AFFIRMATIVE DEFENSE

### (Misuse)

202.

If any product manufactured by Ford in some way contributed to the injuries alleged in Plaintiffs' Complaint, said product was abused and/or unreasonably misused by Plaintiffs or by persons other than Ford.

## FIFTH AFFIRMATIVE DEFENSE

### (Intervening/Superseding Cause)

203.

Conduct and/or negligence of other parties, not under the control of Ford, was the direct and proximate cause of any alleged injuries to Plaintiffs and was an intervening or superseding cause which prohibits imposition of liability upon Ford.

*/ / /*

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 34

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

## SIXTH AFFIRMATIVE DEFENSE

### (Limitation of Damages)

204.

Plaintiffs' claims are subject to the statutory limit on non-economic damages of ORS 31.710.

## SEVENTH AFFIRMATIVE DEFENSE

### (Alteration / Substantial Change)

205.

The subject vehicle was altered substantially, without the consent and against the specifications of Ford in an unforeseeable manner, and the modification was a substantial factor in Plaintiffs' injuries.

## EIGHTH AFFIRMATIVE DEFENSE

### (Fault of Others/Negligence of Third Party)

206.

Plaintiffs' injuries and damages, if any, are due to the fault and/or negligence of non-parties to this lawsuit.

## NINTH AFFIRMATIVE DEFENSE

### (Jurisdiction)

207.

This Court lacks personal jurisdiction over Ford.

## TENTH AFFIRMATIVE DEFENSE

### (Choice of Law)

208.

Plaintiffs' claims may be governed by the laws of another state.

## ELEVENTH AFFIRMATIVE DEFENSE

### (No Duty to Warn)

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 35

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

209.

Ford was not aware of any alleged defect in the vehicle, including any components thereof, referred to in Plaintiffs' Complaint at the time the vehicle was manufactured, designed and sold and, therefore, Ford had no duty to warn.

## TWELFTH AFFIRMATIVE DEFENSE

(Warnings Could Not Have Prevented)

210.

No warnings that allegedly should have been given would have, or could have, prevented the alleged damages and losses referred to in Plaintiffs' Complaint.

## THIRTEENTH AFFIRMATIVE DEFENSE

(Statute of Limitations/Statute of Ultimate Repose)

211.

Plaintiffs' claims for relief are barred by the applicable statute(s) of limitations and/or the statute of ultimate repose.

## FIRST DEFENSE TO PUNITIVE DAMAGES CLAIM

212.

Plaintiff's Complaint fails to state a claim against Ford upon which relief can be granted for punitive or exemplary damages. Ford did not act with malice or show a reckless and outrageous indifference to a highly unreasonable risk of harm and acted with a conscious indifference to the health, safety and welfare of others.

## SECOND DEFENSE TO PUNITIVE DAMAGES CLAIM

213.

Ford denies any conduct for which punitive or exemplary damages could or should be awarded and denies that Plaintiff has produced evidence sufficient to support or sustain the

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 36

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

imposition of punitive damages against Ford pursuant to the applicable standard clear and convincing standard of proof.

## THIRD DEFENSE TO PUNITIVE DAMAGES CLAIM

### 214.

Ford asserts that the imposition of punitive damages in this case would violate the Fifth Amendment to the United States Constitution, the due process and equal protection clauses of the Fourteenth Amendment to the United States Constitution, and applicable state constitution to the extent such punitive damages are imposed:

(1) in an arbitrary and capricious manner;

(2) without the award of compensatory damages;

(3) without a reasonable limit on the amount of the award;

(4) without the provision of adequate notice to Ford of the severity of the award, the conduct that would subject the defendant to punishment, or the severity of the penalty that may be imposed solely by the unbridled discretion of the jury;

(5) in a manner that is not rationally related to any legitimate government interest;

(6) in a manner that permits different awards for the same or similar acts;

(7) without requiring clear and convincing proof before damages may be awarded as required for all punitive damage awards under applicable state law;

(8) in a manner that permits an award based on conduct of Ford outside the State of Oregon.

## FOURTH DEFENSE TO PUNITIVE DAMAGES CLAIM

### 215.

Ford asserts that an award of punitive damages may not exceed the limits imposed under Oregon state law.

/ / /

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 37

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

## FIFTH DEFENSE TO PUNITIVE DAMAGES CLAIM

### 216.

Permitting recovery of punitive or exemplary damages in this case would be unconstitutionally vague or overbroad, or both, and would violate Ford's constitutional rights as secured by the Fifth and Seventh Amendments to the United States Constitution, would violate its rights to due process and equal protection under the Fourteenth Amendment of the United States Constitution and the prohibition against excessive fines under the Eighth Amendment of the United States Constitution, and would contravene other provisions of the United States and any applicable state constitution.

## SIXTH DEFENSE TO PUNITIVE DAMAGES CLAIM

### 217.

Plaintiff cannot recover punitive or exemplary damages against Ford because such an award, which is penal in nature, would violate Ford's constitutional rights under the United States Constitution and any applicable state constitution, unless Ford is afforded the same procedural safeguards as are criminal defendants including, but not limited to, the right to avoid self-incrimination, the right to forego production and disclosure of incriminating documents, and the right to the requirement of a level of proof beyond a reasonable doubt.

## SEVENTH DEFENSE TO PUNITIVE DAMAGES CLAIM

### 218.

Any imposition of punitive or exemplary damages in this case against Ford would contravene the Commerce Clause of the United States Constitution, in that such an award would constitute, if imposed, an undue and unreasonable burden on interstate commerce.

/ / /

/ / /

/ / /

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 38

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

## EIGHTH DEFENSE TO PUNITIVE DAMAGES CLAIM

### 219.

Plaintiff's claim for punitive damages violates the federal doctrine of separation of powers and Article 4, Section 1 of the Oregon Constitution because punitive damages are a creation of the judicial branch of government, which invades the province of the legislative branch of government.

## NINTH DEFENSE TO PUNITIVE DAMAGES CLAIM

### 220.

With respect to Plaintiff's demand for punitive or exemplary damages, Ford specifically incorporates by reference any and all standards or limitations regarding the determination and enforceability of punitive or exemplary damages awards under applicable state law. (See ORS 31.730.)

Any award of punitive or exemplary damages against Ford is barred to the extent that it is inconsistent with the standards and limitations set forth in *BMW of North America, Inc. v. Gore*, 517 U.S. 559 (1996), *State Farm Mutual Automobile Insurance Co. v. Campbell*, 538 U.S. 408 (2003), and *Philip Morris USA v. Williams*, 549 U.S. 346 (2007).

## TENTH DEFENSE TO PUNITIVE DAMAGES CLAIM

### (Failure to State a Claim)

### 221.

Plaintiff's punitive damages claim fails to state a claim against Ford because, as a matter of law, Michigan state law should apply to Plaintiff's punitive damages claims which relate strictly to Ford's conduct within Michigan. Plaintiff's punitive damages claims are barred under Michigan law, which does not recognize the imposition of punitive damages. *Rafferty v Markovitz*, 602 N.W.2d 367 (Mich. 1999); *McAuley v. Gen. Motors Corp.*, 578 N.W.2d 282 (Mich. 1998).

/ / /

/ / /

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 39

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

## RESERVATION OF RIGHTS

Ford expressly reserves the right to amend their Answer to add additional affirmative defenses, counterclaims, or cross-claims or to identify responsible third parties as additional facts are obtained through discovery or trial. Ford demands trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, having answered Plaintiffs' Complaint, Ford prays for the following relief:

1.    That the Court dismiss, with prejudice, all claims Plaintiffs allege against Ford in their Complaint;

2.    That Plaintiffs recover nothing from Ford on Plaintiffs' claims herein;

3.    That Ford be granted its costs and disbursements herein, including reasonable attorney's fees; and

4.    That Ford be granted such other and further relief as the Court may deem appropriate.


Dated:  October 11, 2023                    GORDON REES SCULLY MANSUKHANI LLP

By:  *s/ Nancy M. Erfle*
　　Nancy M. Erfle, OSB No. 902570
　　nerfle@grsm.com
　　Laura S. Polster, OSB No. 172007
　　lpolster@grsm.com
　　1300 SW Fifth Avenue, Suite 2000
　　Portland, OR  97201
　　Phone: 503-222-1075
　　Fax: 503-616-3600

　　*Attorneys for Defendant Ford Motor Company*

DEFENDANT FORD MOTOR COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' COMPLAINT - Page 40

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR  97201
Telephone:  (503) 222-1075
Facsimile:   (503) 616-3600