Hala J. Gores, Oregon Bar No. 890489
Email: hala@goreslaw.com
HALA J. GORES, PC
1332 S.W. Custer Drive
Portland, OR 97219
Telephone: (503) 295-1940

James E. Butler, Jr., Georgia Bar No. 099625 (*pro hac vice*)
jim@butlerprather.com
Ramsey B. Prather, Georgia Bar No. 658395 (*pro hac vice)*
ramsey@butlerprather.com
Daniel E. Philyaw, Georgia Bar No. 877765 (*pro hac vice*)
dan@butlerprather.com
Allison B. Bailey, Georgia Bar No.478434 (*pro hac vice*)
allison@butlerprather.com
BUTLER PRATHER LLP

Judy Danelle Snyder, OSB No. 732834
E-mail: judy@jdsnyder.com
LAW OFFICES OF JUDY SNYDER

*Attorneys for Plaintiffs*
*Juan & Kris Yraguen*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JUAN & KRIS YRAGUEN,<br><br>Plaintiffs,<br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 6:23-cv-01366AA<br><br>DECLARATION OF RAMSEY B. PRATHER IN SUPPORT OF PLAINTIFFS' RESPONSE TO FORD MOTOR COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

I, Ramsey B. Prather, declare as follows:

1. I am one of the attorneys representing the plaintiffs in this action. I make this declaration in support of Plaintiffs' Response to Defendant Ford Motor Company's Motion for Partial

Summary Judgment. This declaration is based on my personal knowledge and from documents produced in discovery. I am competent to testify with respect to the matters set forth below.

2. I have attached to this declaration exhibits used in support of Plaintiffs' Response to Defendant Ford Motor Company's Motion for Partial Summary Judgment.

3. Among the documents listed below are exhibits and testimony from *Hill v. Ford Motor Company*, Case No. 16-C-04179-S2 (State Court of Gwinnett County, Georgia). The *Hill* case involved the rollover of a 2002 Ford F-250 "Super Duty" truck, which utilizes the same roof structure design as the subject truck in the Yraguen case. Counsel for Ford in the Yraguen case has agreed that "the (a) document production in the *Hill* matter and the (b) Ford engineer depositions taken in the *Hill* matter may be treated as if they were (a) produced in the Yraguen case and (b) taken in the Yraguen case." 12/20/2023 12:04 PM Email from Ford Counsel to Pl.s' Counsel. This agreement is consistent with the United States District Court for the Middle District of Geogia's ruling that "[a]ny discovery by Ford in the *Hill v. Ford* case may be used as if produced in this case." *Brogdon v. Ford Motor Company*, No. 4:23-cv-00088-CDL (M.D. Ga. Aug. 31, 2023) (involving the rollover of a 2015 Ford F-250 "Super Duty" truck). Ford engineer depositions were played during the 2022 *Hill* trial.

4. Attached as Exhibit 1 is a true and correct copy of the November 13, 2007, Motor Vehicle Purchase Agreement.

5. Attached as Exhibit 2 is a true and correct copy of the Expert Report of Mark W. Arndt.

6. Attached as Exhibit 3 is a true and correct copy of the Expert Report of treating neurosurgeon Dr. Raymond Tien.

7. Attached as Exhibit 4 is a true and correct copy of the Expert Report of Dr. Mariusz Ziejewski.

8. Attached as Exhibit 5 is a true and correct copy of Defendant Ford Motor Company's Initial Disclosures.

9. Attached as Exhibit 6 is a true and correct copy of excerpts from *Hill v. Ford Motor Company*, Case No. 16-C-04179-S2 (State Court of Gwinnett County, Georgia) 2022 Trial Tr. Vol. 10.

10. Attached as Exhibit 7 is a true and correct copy of Plaintiffs' Exhibit 184, an excerpt from Ford Motor Company's Response to Plaintiffs' First Request for Admission to Defendant Ford Motor Company in *Hill v. Ford.*

11. Attached as Exhibit 8 is a true and correct copy of Plaintiffs' Exhibit 210a, an excerpt from Ford's Analytical Sign-Off for PHN-131 ("Super Duty" trucks) CP Design, April 1996.

2 – DECLARATION OF RAMSEY B. PRATHER IN SUPPORT OF PLAINTIFFS' RESPONSE TO FORD MOTOR COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT

12. Attached as Exhibit 9 is a true and correct copy of Plaintiffs' Exhibit 181, an Executive Summary regarding the 1999 PHN131 ("Super Duty" trucks) Program.

13. Attached as Exhibit 10 is a true and correct copy of excerpts from *Hill v. Ford* 2022 Trial Tr. Vol 8.

14. Attached as Exhibit 11 is a true and correct copy of the Expert Report of Brian Herbst, P.E. (Professional Engineer).

15. Attached as Exhibit 12 is a true and correct copy of Plaintiffs' Exhibit 185, a Ford document - "Concern Detail" dated 09/15/1998.

16. Attached as Exhibit 13 is true and correct copy of Plaintiffs' Exhibit 186, an excerpt from a Ford document - "Concern Detail" dated 06/18/1998.

17. Attached as Exhibit 14 is a true and correct copy of Plaintiffs' Exhibit 188, a Ford document - "Concern Detail" dated 08/23/1999.

18. Attached as Exhibit 15 is true and correct copy of Plaintiffs' Exhibit 189, a Ford document - "Concern Detail" dated 08/04/1999.

19. Attached as Exhibit 16 is a true and correct copy of Plaintiffs' Exhibit 182, a Ford document - "Concern Detail" dated 06/23/1996.

20. Attached as Exhibit 17 is a true and correct copy of Plaintiffs' Exhibit 222, a pair of Ford documents - "Concern Details" dated 12/02/1996 and 12/10/1996.

21. Attached as Exhibit 18 is a true and correct copy of excerpts from the *Hill v. Ford* 2022 Trial Tr. Vol 8.

22. Attached as Exhibit 19 is a true and correct copy of an excerpt from Ford Motor Company's Response to Plaintiffs' First Request for Admission to Defendant Ford Motor Company in *Hill v. Ford.*

23. Attached as Exhibit 20 is a true and correct copy of Plaintiffs' Exhibit 164a, a Ford document - chart titled Roof Crush Resistance (Ford Internal).

24. Attached as Exhibit 21 is a true and correct copy of Plaintiffs' Exhibit 114, a Ford document titled 2006 Annual Engineering Technical Excellence TMM Awards Entry regarding the Enhanced Roof Strength Project for Super Duty Truck.

25. Attached as Exhibit 22 is a true and correct copy of excerpts from *Hill v. Ford* 2022 Trial Tr. Vol. 9.

26. Attached as Exhibit 23 is a true and correct copy of Plaintiffs' Exhibit 154, a Ford document - presentation slides from U215 Roof Crush Design Review August 2002.

27. Attached as Exhibit 24 is a true and correct copy of excerpts from *Hill v. Ford* 2022 Trial Tr. Vol. 18.

28. Attached as Exhibit 25 is a true and correct copy of Plaintiffs' Exhibit 170, Insurance Institute for Highway Safety "Procedures for rating roof strength."

29. Attached as Exhibit 26 is a true and correct copy of excerpts from *Hill v. Ford* 2022 Trial Tr. Vol. 10.

30. Attached as Exhibit 27 is a true and correct copy of excerpts from *Hill v. Ford* 2022 Trial Tr. Vol. 23.

31. Attached as Exhibit 28 is a true and correct copy of Plaintiffs' Exhibit 1B, regarding Ford Motor Company profits from the sales of its "Super Duty" truck, produced as part of Defendant Ford Motor Company's Response to Plaintiffs' Second Continuing Interrogatories.

32. Attached as Exhibit 29 is a true and correct copy of an excerpt from *Hill v. Ford* 2022 Trial Tr. Vol. 12.

33. Attached as Exhibit 30 is a true and correct copy of Plaintiffs' Exhibit 141a, a Ford document - the "Roof Strength Big Bang Proposal – Super Duty Business Team" meeting agenda for May 13, 2004.

34. Attached as Exhibit 31 is a true and correct copy of Plaintiffs' Exhibit 135, a Ford document titled 2005 Annual Engineering Technical Excellence TMM Awards Entry regarding the Enhanced Roof Strength Project for Super Duty Truck.

35. Attached as Exhibit 32 is a true and correct copy excerpts from *Hill v. Ford* 2022 Trial Tr. Vol. 9.

36. Attached as Exhibit 33 is a true and correct copy of an excerpt from the September 19, 2024, Deposition of Ford's former Vice President of Global Product Development, Derrick Kuzak.

37. Attached as Exhibit 34 is a true and correct copy of Plaintiffs' Exhibit 665, a September 12, 2005, internal Ford email chain.

38. Attached as Exhibit 35 is a true and correct copy of Plaintiffs' Exhibit 139, a December 15, 2005, internal Ford email chain.

39. Attached as Exhibit 36 is a true and correct copy of Plaintiffs' Exhibit 146, a Ford document titled "Body on Frame Roof Crush Testing – Summary."

4 – DECLARATION OF RAMSEY B. PRATHER IN SUPPORT OF PLAINTIFFS' RESPONSE TO FORD MOTOR COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT

40. Attached as Exhibit 37 is a true and correct copy of Plaintiffs' Exhibit 149, a photo produced by Ford of a truck with labeling "02/14/06 Ford Alpha 2 Development Test."

41. Attached as Exhibit 38 is a true and correct copy of Plaintiffs' Exhibit 133, a Ford document regarding "Enhanced Roof Strength Structure ($ERS^2$) – A Hydro-form Intensive Architecture."

42. Attached as Exhibit 39 is a true and correct copy of Plaintiffs' Exhibit 132, a Ford document titled "Gateway Review Implementation Readiness" for the "Enhanced Roof Strength Project."

43. Attached as Exhibit 40 is a true and correct copy of Plaintiffs' Exhibit 113, a Ford document titled "Part 1: LL2 Nominator Recommendation for 2007 Henry Ford Technology Award."

44. Intentionally Left Blank

45. Attached as Exhibit 42 is a true and correct copy of Plaintiffs' Exhibit 229, an excerpt from a 2009 Ford F-150 sales brochure.

46. Attached as Exhibit 43 is a true and correct copy of Plaintiffs' Exhibit 255, a photo from the 2009 Autoliv Crash Test B1090122, done for and paid for by Ford.

47. Intentionally Left Blank

48. Attached as Exhibit 45 is a true and correct copy of Plaintiffs' Exhibit 81, a photo from 2015 Autoliv Test B1150350, done for and paid for by Ford.

49. Intentionally Left Blank

50. Intentionally Left Blank

51. Attached as Exhibit 48 is a true and correct copy of Plaintiffs' Exhibit 100, a Ford document titled "Safety Engineering Evaluation" dated July 8, 1968.

52. Attached as Exhibit 49 is a true and correct copy of Plaintiffs' Exhibit 173, a Ford document titled "Safety Engineering Evaluation" dated June 10, 1970.

53. Attached as Exhibit 50 is a true and correct copy of Plaintiffs' Exhibit 448, a Ford document titled "Light Truck Safety Design Guideline Strategy" dated July 2, 1987.

54. Attached as Exhibit 51 is a true and correct copy of Plaintiffs' Exhibit 50, a 2000 paper titled "Analytical Crush Resistance of Hybrid Aluminum—RCM Roof Structures" written by a Ford Ph.D. engineer (Baccouche) and published by the Society of

Automotive Engineers with the express permission of Ford Motor Company, including Ford's Legal Department.

55. Attached as Exhibit 52 is a true and correct copy of the September 18, 2024, Deposition of Ford Ph.D. engineer Mohamed Ridha Baccouche.

56. Attached as Exhibit 53 is a true and correct copy of Plaintiffs' Exhibit 752, documents produced by Ford from an August 13, 2001, meeting of Ford engineers, including engineers from Ford's Volvo division.

57. Attached as Exhibit 54 is a true and correct copy of Plaintiffs' Exhibit 260a, a Ford document - April 19, 2002, email with attached PowerPoint presentation.

58. Attached as Exhibit 55 is a true and correct copy of excerpts from *Hill v. Ford* 2022 Trial Tr. Vol. 22.

59. Attached as Exhibit 56 is a true and correct copy of Plaintiffs' Exhibit 256, an excerpt from Federal Register Vol. 36, No. 236 (Dec. 8, 1971).

60. Attached as Exhibit 57 is at true and correct copy of Plaintiffs' Exhibit 233, an excerpt from Federal Register Vol. 70, No. 162 (Aug. 23, 2005).

61. Attached as Exhibit 58 is a true and correct copy of Plaintiffs' Exhibit 785A, an excerpt from NHTSA's November 2020 "Evaluation of FMVSS No. 216a, Roof Crush Resistance, Upgraded Standard.

62. Attached as Exhibit 59 is a true and correct copy of Plaintiffs' Exhibit 176, "Statement before the US Senate Committee on Commerce, Science, and Transportation: IIHS research on vehicle roof crush" dated June 4, 2008.

63. Attached as Exhibit 60 is a true and correct copy of the Expert Report of Steven E. Meyer, P.E.

64. Attached as Exhibit 61 is a true and correct copy of Plaintiffs' Exhibit 331, list of lawsuits produced by Defendant Ford Motor Company.

65. Attached as Exhibit 62 is a true and correct copy of a Ford print advertisement for model year 2009 "Super Duty" trucks.

66. Attached as Exhibit 63 is a true and correct copy of a Ford print advertisement for model year 2010 "Super Duty" trucks.

67. Attached as Exhibit 64 is a true and correct copy of the 08/19/2022 *Hill v. Ford* Phase II Verdict Form (name of foreman redacted).

68. Attached as Exhibit 65 is a true and correct copy of the 08/26/2022 *Hill v. Ford* Judgment.

69. Attached as Exhibit 66 is a true and correct copy of *Georgia jury awards $1.7 billion in Ford F-250 truck crash*, CBS News, (August 22, 2022).

70. Attached as Exhibit 67 is a true and correct copy of an excerpt from the September 17, 2024, deposition of Ford testifying witness Ram Krishnaswami, who has been identified as an expert witness for Ford in this case (and who was Ford's official corporate representative at the first trial of *Hill v. Ford*).

71. Attached as Exhibit 68 is a true and correct copy of an excerpt from the September 18, 2024, deposition of Ford testifying witness Chris Eikey, who has been identified as an expert witness for Ford in this case (and who was Ford's official corporate representative at the second trial of *Hill v. Ford*).

72. Attached as Exhibit 69 is a true and correct copy of Plaintiffs' Exhibit 268, Ford Motor Company's Supplemental Answer and Objections to Plaintiffs' Fourth Interrogatories in *Hill v. Ford*.

73. Attached as Exhibit 70 is a true and correct copy of an excerpt from the July 13, 2021, Deposition of Jeya Padmanaban, *Piacenza v. Ford Motor Company et al.*, Case No. 15L592 (Circuit Court of the 19th Judicial District, Lake County, Illinois) (her articles are cited by Ford expert witnesses in this case).

74. Attached as Exhibit 71 is a true and correct copy of an excerpt from the March 1, 2019, deposition of Kenneth Orlowski, *Locy v. Ford Motor Company et al.,* Case No. 15-CV-823 (Circuit Court Branch 3, Outagamie, Wisconsin) (his articles are cited by Ford expert witnesses in this case).

75. Intentionally Left Blank

76. Attached as Exhibit 73 is a true and correct copy of Plaintiffs' Exhibit 198, a photo from 2009 Autoliv Crash Test B1090122 done for and paid for by Ford.

77. Attached as Exhibit 74 is a true and correct copy of Plaintiffs' Exhibit 558B, a photo from 2015 Autoliv Test B1150350 done for and paid for by Ford.

78. Attached as Exhibit 75 is a true and correct copy of Plaintiffs' Exhibit 92, a list of non-litigated claims produced by Ford Motor Company.

79. Attached as Exhibit 76 is a true and correct copy of Plaintiffs' Exhibit 169, list of non-litigated claims produced by Ford Motor Company.

80. Attached as Exhibit 77 is a true and correct copy of Plaintiffs' Exhibit 248, a list of lawsuits produced by Ford Motor Company.

7 – DECLARATION OF RAMSEY B. PRATHER IN SUPPORT OF PLAINTIFFS' RESPONSE TO FORD MOTOR COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to the penalty for perjury.**

Dated this 5th day of November, 2024.

                                          BUTLER PRATHER LLP

                                        */s/ Ramsey B. Prather*
                                        RAMSEY B. PRATHER
                                        Georgia Bar No. 658395 (admitted *pro hac vice*)
                                        P.O. Box 2766
                                        Columbus, GA 31902
                                        706-322-1990
                                        ramsey@butlerprather.com