

R. Miller (PP+DC)

TRUCKS

1999 PHN131 Program <PC>

# EXECUTIVE SUMMARY

## PURPOSE

- To confirm <PC> (pre-Ford 2000 timing) for the PHN131 Program for North America and Argentina/Brazil; total investment $2 billion, F&T $1.3 billion.
- To request approval to proceed to the March 14, 1996 Board of Directors' Meeting for Program Approval and funding for PHN131.

PHN131 <PC> confirms the <PI> product strategy of BIC customer satisfaction, trailer towing, package and styling consistent with <PI> Program objectives. An image vehicle ("Super Crew"), PHN131 for Argentina/Brazil, and a 4.2L engine for North America have been added to the Program since <PI>.

## VISION AND STRATEGY

- **Vision** - Grow the Heavy F-Series business in terms of sales leadership, customer satisfaction and profit (from $650 million today to $1.1 billion cycle average).
- **Strategy** - PHN131 is the second phase of Ford's truck strategy with focus on commercial and personal use O/8500 GVW customers to strengthen F-Series truck sales leadership position (PN96/102 focuses on the U/8500 GVW customer), including common global platform with maximum level of investment efficiency.

The PHN131 is driven by the following needs:

- Regulatory - Must meet new Tailpipe and Evaporative Emissions Standards by January 1, 1998
- Competition - 18-year-old design is not fully competitive in cab size, styling, and functionals
- Quality/Warranty - Major improvements required to meet customer expectations and Corporate quality and warranty cost objectives

## MAJOR ACCOMPLISHMENTS/EVENTS SINCE <PI>

- **Program Deferral** - Program Job #1 was deferred five months (to January 5, 1998), to respond to affordability concerns and improve the PHN131 financial equation. With the deferral, the PHN131 Team and matrix functions launched several joint initiatives to reduce investment and variable cost. As a result, investment was reduced by over $600 million from the SP Cost Request status (March 1995) and by $117 million from <PI> status to near <PI> Target (unchanged); variable cost was reduced $558 from <PI> status to $305 per unit below <PI> Target. Further, Corporate cash flow for 1996-1997 improved by about $200 million as a result of the deferral.
- **Global Programs** - PHN131 Product Program for Ford Argentina/Brazil has been incorporated with local assembly at Ipiranga, Brazil. Approval of other global programs under investigation (e.g., Venezuela, Vietnam, Australia, and Russia) will be requested in a subsequent review. Unique product content was defined for Mexico; variable cost was reduced by $1000 per unit.
- **Defined Program Objectives** - Program content has been confirmed to support <PC> Objectives.
- **Financial Objectives** - Confirmed <PC> profitability objective equal to <PI> target (Affordable Business guideline) for North America and equal to guideline for Argentina/Brazil. For North America:
  - ***F&T:*** Consistent with <PI> target; $551 million better than SP Cost Request status; $84 million better than <PI> status; status presently $16 million over objective with roadmap to achieve; F&T per unit of capacity equal to Dodge T300.
  - ***Variable Cost:*** <PC> objective $305 better than <PI> target and $558 better than <PI> status; status equal to objective; equal to Dodge T300 accounted cost (cycle average).
  - ***Engineering:*** <PC> objective equal to <PI> target; five month deferral costs of $22 million were offset; engineering spending efficiency assessed to be about equal to Dodge T300.
  - ***Variable Margins:*** Cycle-average status at 32%, equal to objective. For 1999 model, status at 29.3%, up from 1995 model and in line with 1996-1997 margins.
- **Theme Confirmation <TC>** - PHN131 exterior rated higher than present Dodge and Chevrolet (Dodge freshened in 1999 and Chevrolet O/8500# new in 2001).
- **Revenue** - Confirmed revenue and sales volumes for North and South American Light and Medium trucks. Average revenue in North America reduced by $1,034 since <PI> to reflect more conservative assumptions, lower competitive pricing assumptions, revised content, downward realignment in Canada, and devaluation of the Mexican peso.
- **Memo: Heavy Duty Wagon** - A Heavy Duty Wagon derivative is planned for Job #1 2002 with pull ahead to 2000 under investigation. Targeted annual profits are $220 million. A not-to-exceed F&T target of $150 million (total investment $200 million) and a ROS of 18% have been established. The Heavy Duty Wagon proposal is not included in this paper.

## PROGRAM HEALTH

All Program Metrics (Exhibit I) are assessed ***Green*** except for:

- Program Timing - Yellow. Team processed many late product revisions with compressed timing to achieve improvement in financial equation. (See QOS Assessment on page 2f)

## RECOMMENDATION

PP&DC is requested to confirm <PC> for PHN131 and recommend proceeding to the Board of Directors for Program Approval and funding.

## KEY EVENTS WORKPLAN

| | | | |
|---|---|---|---|
| • PP&T Confirmation | 1/19/96 | • Finance Committee Approval | 3/13/96 |
| • PP&DC Confirmation | 1/29/96 | • BoD Approval | 3/14/96 |

ALL REFERENCES TO FUTURE COMPETITIVE ACTIONS ARE BASED ON GENERALLY AVAILABLE INDUSTRY DATA, TRADE RELEASES, OR PAST COMPETITIVE PRACTICES PROJECTED INTO FUTURE MODEL YEARS

excsum8.wp5
A. Micallef x 89332

CONFIDENTIAL

PHN131 Program Team
January 24, 1996

Plaintiffs' Exhibit 181

PHNC 05123

Prather Declaration
Exhibit 9
Page 1 of 1

PRODUCED BY FORD

DAJBECH000183544