```
 1                IN THE STATE COURT OF GWINNETT COUNTY

 2                          STATE OF GEORGIA

 3
    KIM HILL and ADAM HILL, surviving
 4  children and Co-Administrators of
    the Estates of Melvin Hill and
 5  Voncile Hill, Deceased,
                                              VOLUME 8 of 28
 6       Plaintiffs,                          AFTERNOON SESSION
                                              CIVIL ACTION FILE
 7  v.                                        NO.: 16-C-04179-S2

 8  FORD MOTOR COMPANY, THE PEP BOYS-
    MANNY, MOE & JACK (INC.), CURTIS
 9  CLINTON THOMPSON, JR., WILLIE
    BRASWELL, and DONALD TAYLOR,
10
         Defendants.
11

12

13

14                    JURY TRIAL PROCEEDINGS

15
              BEFORE THE HONORABLE JOSEPH IANNAZZONE
16                  By Designation for Division 2

17             August 1st through August 19th, 2022

18
         Gwinnett County Justice and Administration Center
19                         75 Langley Drive
                       Lawrenceville, Georgia 30046
20

21

22

23
                 Randi E. Strumlauf, CCR, CER, LER
24                randi.strumlauf@gwinnettcounty.com
                            770-822-8697
25
```

905

Prather Declaration
Exhibit 10
Page 1 of 7

```
 1                    APPEARANCES OF COUNSEL

 2

 3    ON BEHALF OF PLAINTIFFS:

 4    Butler Prather LLP                   JAMES E. BUTLER, JR.
      105 13th Street                      DANIEL E. PHILYAW
 5    Columbus, Georgia 31901

 6    Mahaffey Pickens Tucker LLP          GERALD DAVIDSON, JR.
      1500 North Brown Road, Ste. 125
 7    Lawrenceville, Georgia 30043

 8    Bondurant Mixson & Elmore            MICHAEL B. TERRY
      1201 West Peachtree Street NW        FRANK M. LOWERY IV
 9    Atlanta, Georgia 30309-3417          LAURIE ANN TAYLOR

10

11

12    ON BEHALF OF DEFENDANTS:

13    Huie Fernambucq & Stewart LLP        PAUL F. MALEK
      3291 Highway 280, Ste. 200
14    Birmingham, Alabama 35243

15    Troutman Pepper                      WILLIAM N. WITHROW, JR.
      600 Peachtree Street NE, Ste. 3000
16    Atlanta, Georgia 30308-2216

17    Watson Spence LLP                    MICHAEL R. BOORMAN
      999 Peachtree Street NE, Ste. 1130   PHILIP A. HENDERSON
18    Atlanta, Georgia 30309

19    Thompson Coe Cousins & Irons LLP     MICHAEL W. EADY
      701 Brazos Street, Ste. 1500
20    Austin, Texas 78701

21

22

23

24

25
```

```
 1   you seen any documents or anything along those lines?"
 2           Mr. Malek makes an objection.
 3           And your answer was, "To my knowledge, that's correct."
 4           Did I read that correctly?
 5       A   That's correct.
 6       Q   Was that your sworn testimony that day?
 7       A   Yes, it was.
 8       Q   Isn't it true -- well, first, you know that
 9   "downgauging" means decreasing the thickness of the metal that
10   you use; correct?
11       A   Correct.
12       Q   Isn't it true that Ford completely removed the front
13   outer-windshield header of the roof of the Super Duty trucks to
14   save money?
15       A   It was removed.
16       Q   Isn't it true that Ford downgauged, that is, took the
17   metal out, of the A pillar reinforcement?
18       A   Oh.  I don't know about that.
19       Q   Isn't it true that Ford downgauged, that is, took the
20   metal out of the A pillars?
21       A   I recall from exhibits from previous depositions that
22   said that.
23       Q   Isn't it true that Ford also downgauged, that is,
24   took metal out of the front inner header on the roof?
25       A   I don't recall that.
```

```
 1   truck; these are changes that were made because Ford executives
 2   froze the program and told its engineers to cut costs to save
 3   money?  Is that true?
 4        A    No.
 5        Q    Isn't that true?
 6        A    No.  I've never heard -- again, in my timeline, when
 7   I was involved, I don't remember them freezing the program.
 8   The vehicle was already launched.
 9        Q    Your time frame was 1996 to 2000; correct?
10        A    Yeah.  Yeah.
11        Q    Look again at your Ott deposition in 2005, on page 7,
12   we already went over this.
13        A    Yeah.
14        Q    Isn't it true you were asked this question:  Do you
15   recall a time during the design period of this program when the
16   program was shut down because the executives at Ford felt it
17   was costing too much money?
18        A    Yeah.
19        Q    Mr. Malek objected to that question.  And your answer
20   was "yes, I do remember that."
21        Do you remember that testimony?  Do you remember that
22   testimony?
23        A    I -- not exactly saying that, but I do remember being
24   there.
25        Q    That's what your deposition says; doesn't it?
```

1056

```
 1        A    Uh-huh.  Yeah.
 2        Q    All right.  Was that testimony true at the time?
 3        A    I believe it was.
 4        Q    Has somebody told you since then to try to talk about
 5   "optimization" instead of cost containment?
 6        A    Just -- just, again, we look at quality, we look at
 7   weight, we look at cost.  We look at a whole slew of issues
 8   that are going on at the assembly plant, the suppliers'
 9   stamping the parts.  I mean, so it's just not total cost, I
10   mean, it all comes out as cost, higher or lower, but I mean ...
11        Q    My question was "has somebody told you since your
12   deposition in 2005 to try to talk about 'optimization' instead
13   of cost containment."  That's my question.
14        A    No.
15        Q    All right.  Show you Plaintiffs' Exhibit 181.  You
16   recognize this as a Ford document, do you not?
17        A    Yeah.
18        Q    It says at the bottom "produced by Ford."  Correct?
19        A    Correct.
20        Q    It says at the top corner "Ford Trucks."  Correct?
21        A    Yeah.  I recognize that.
22        Q    Yeah.  It's called a "executive summary."  Correct?
23        A    Yeah.
24        Q    Look in the second block in there where it says
25   "major accomplishments since PM."  You see that?
```

1057

```
 1        A    Uh-huh.
 2        Q    Bottom half says "Program Deferral.  Program Job
 3   Number 1 was deferred five months to January 5, 1998, to
 4   respond to affordability concerns and improve the PHN131
 5   financial -- financial equation."
 6        Did I read that correctly?
 7        A    Read it correctly, yes.
 8        Q    Now, I asked you before if Ford Motor Company would
 9   know how much money was saved as a result of this cost
10   containment and all this downgauging.  There are two numbers
11   mentioned in this paragraph.
12        It says "investment was reduced by over 600 million from
13   the SP cost request status."  Do you know what that means?
14        A    Not really.  No.
15        Q    And then it says "and by 117 million from status to
16   the near P1 target."  Do you know what that means?
17        A    No.  Uh-uh.
18        Q    Mr. Caruso, during your time working on the Super
19   Duty trucks in 1996 to 2006 or 2007, did anybody ever suggest
20   in your hearing or that you know of that Ford ought to put
21   airbags on the roof to protect people during a rollover?
22        A    No.
23        Q    Did anybody ever suggest that Ford ought to put foam
24   on the inside of the top of the roof to protect people during
25   rollover?
```

1058

```
 1                    C E R T I F I C A T E
 2
 3    STATE OF GEORGIA    )
 4    COUNTY OF GWINNETT  )
 5
 6         I, Randi E. Strumlauf, being a Certified Court
 7    Reporter in and for the state of Georgia, certify that the
 8    foregoing pages, numbered 926 through 1068, constitute, to
 9    the best of my ability, a true, correct, and complete
10    record of said proceedings reported and transcribed by me
11    or under my direction; that I am not a relative, employee,
12    attorney, or counsel of any of the parties or their
13    counsel; nor do I have any interest in the outcome of the
14    above-styled proceedings.
15         This certification is expressly denied upon the
16    disassembly and/or photocopying of the foregoing
17    transcript, in whole or in part, unless such
18    disassembly/photocopying is done by the undersigned and
19    original signature and official seal are attached thereon.
20         Witness my hand and official seal, this 8th day of
21    December 2022.
22
23
24
25
```



RANDI E. STRUMLAUF, CCR
Certificate No. B-2412

1069