```
          IN THE STATE COURT OF GWINNETT COUNTY

                    STATE OF GEORGIA
```

KIM HILL and ADAM HILL, surviving children and Co-Administrators of the Estates of Melvin Hill and Voncile Hill, Deceased,

      Plaintiffs,

v.

FORD MOTOR COMPANY, THE PEP BOYS-MANNY, MOE & JACK (INC.), CURTIS CLINTON THOMPSON, JR., WILLIE BRASWELL, and DONALD TAYLOR,

      Defendants.

**CERTIFIED TRANSCRIPT**

VOLUME 10 of 28
MORNING SESSION
CIVIL ACTION FILE
NO.: 16-C-04179-S2

JURY TRIAL PROCEEDINGS

BEFORE THE HONORABLE JOSEPH IANNAZZONE
By Designation for Division 2

August 1st through August 19th, 2022

Gwinnett County Justice and Administration Center
75 Langley Drive
Lawrenceville, Georgia 30046

Trisha L. Caputi, CCR, GRL
Official Court Reporter
770-822-8635
trisha.caputi@gwinnettcounty.com

APPEARANCES OF COUNSEL

ON BEHALF OF PLAINTIFFS:

| | |
|---|---|
| Butler Prather LLP<br>105 13th Street<br>Columbus, Georgia 31901 | JAMES E. BUTLER, JR.<br>DANIEL E. PHILYAW |
| Mahaffey Pickens Tucker LLP<br>1500 North Brown Road, Ste. 125<br>Lawrenceville, Georgia 30043 | GERALD DAVIDSON, JR. |
| Bondurant Mixson & Elmore<br>1201 West Peachtree Street NW<br>Atlanta, Georgia 30309-3417 | MICHAEL B. TERRY<br>FRANK M. LOWERY IV<br>LAURIE ANN TAYLOR |

ON BEHALF OF DEFENDANTS:

| | |
|---|---|
| Huie Fernambucq & Stewart LLP<br>3291 Highway 280, Ste. 200<br>Birmingham, Alabama 35243 | PAUL F. MALEK |
| Troutman Pepper<br>600 Peachtree Street NE, Ste. 3000<br>Atlanta, Georgia 30308-2216 | WILLIAM N. WITHROW, JR. |
| Watson Spence LLP<br>999 Peachtree Street NE, Ste. 1130<br>Atlanta, Georgia 30309 | MICHAEL R. BOORMAN<br>PHILIP A. HENDERSON |
| Thompson Coe Cousins & Irons LLP<br>701 Brazos Street, Ste. 1500<br>Austin, Texas 78701 | MICHAEL W. EADY |

```
 1        Q    Ever since 1971 it has been the law that "serious
 2   injuries are more frequent when the roof collapses".  Is that
 3   what it says?
 4        A    That's what the document says.
 5        Q    Isn't it true, sir, that you have testified under oath
 6   that it would have cost Ford only $100 per truck to put a
 7   stronger roof in these trucks?
 8        A    I may have seen that in some of the documents that
 9   they showed me through my deposition.
10        Q    Is that a yes?
11        A    Yes.
12             MR. BUTLER:  That's it, your Honor.  Oh, no, it's not.
13        Another volume.  Sorry.
14   BY MR. BUTLER:
15        Q    Who ordered the cost containment when this truck was
16   initially being designed, sir?
17        A    I don't know.
18             MR. BUTLER:  Then I say something else to the IT guy,
19        Ray Davis, to show Plaintiff's Exhibit 181.
20   BY MR. BUTLER:
21        Q    There you go.  You're familiar with this document,
22   aren't you?
23        A    Yes.
24        Q    Who were the executives or who was the executive who
25   ordered this "cost containment" when this truck was initially
```

```
 1  metal in the A-pillar reinforcement on the roof strength of the
 2  truck.  Admitted, correct?
 3       A    Yes.
 4       Q    Thank you, sir.  Mr. Peak asked you at your
 5  deposition, "Would you agree that this truck would not pass a
 6  216 platen test?"  And your answer was, and I quote under oath,
 7  June of 2017, "Probably not," correct?
 8       A    Correct.
 9       Q    You told Mr. Thomas yesterday or this morning, I
10  forget which, I think it was yesterday, that your job in the
11  automotive safety office is "We are tasked with evaluating the
12  field performance of vehicles."  Do you remember saying that?
13       A    Correct.
14       Q    So tell the jury what you did to find out about the
15  field performance of these Super Duty trucks before you came
16  down here to testify.
17       A    Well, when called upon, we go inspect vehicles for
18  rollovers, including rollover accidents, and we try to analyze
19  what has happened.
20       Q    Tell the jury what you have found out before you came
21  down here to testify about the field performance of these trucks
22  in rollovers where there was roof crush claim, that is, how many
23  people were killed, paralyzed, or injured.
24       A    They are very safe trucks, but accidents do happen and
25  when people -- accidents do happen.  And each accident has to be
```

C E R T I F I C A T E

STATE OF GEORGIA     )

COUNTY OF GWINNETT   )

    I hereby certify that the foregoing transcript is a true, correct, and complete record of the said proceedings; that I am not a relative, attorney, or counsel of any of the parties; am not a relative of attorney or counsel for any of the parties; nor am I financially interested in the action.

    This certification is expressly withdrawn and denied upon the disassembly or photocopying of the foregoing transcript, any part thereof, including exhibits, unless said disassembly or photocopying is done by the undersigned certified court reporter and original signature and seal is attached thereto.

    This, the 2nd day of December 2022.



_____

Trisha L. Caputi, CCR, GRL

Certified Court Reporter #2540