Plaintiffs' Exhibit 141a

# Roof Strength Big Bang Proposal – Super Duty Business Team

## Meeting Agenda

- When:   Thursday, May 13, 2004 1:00 PM-2:30 PM (GMT-05:00) Eastern Time (US & Canada).
- Where:  PDC Conf Rm. 2J-D59 (25) Restricted

- The Super Duty Business Team Meeting for May 13 will focus on FMVSS 216 Roof Crush Resistance. An NRPM is expected in June 2004 that will propose to change affected vehicles from those up to 6,000 lb curb weight to those up to 10,000 lb GVWR. The NPRM may also propose increasing the stringency of the roof crush resistance from 1.5 times curb weight to 2 or 2.5 times curb weight. Super Duty, which has been exempt from this regulation in the past, will have several configurations affected. With curb weights approaching 7,000 lbs, Super Duty may be required to meet roof crush up to 14K or 17.5K pounds. I intend to have members of the R&A community attend as well as those from Body Structures.

- Super Duty Business Team Meeting
- Agenda for May 13, 2004

  | Topic | Presenter | Time |
  |---|---|---|

- Strategies for 2010MY Super Duty to meet FMVSS 216 Roof Crush
- Potential Vehicle changes/Big Bang project          J. Weishaar          1pm - 1:30pm
- Raising all Super Duty GVWR above 10,000 lb.          K. McIver
                                                                                  1:30 - 2:00pm
- Walk-ins                                                                2:00pm - 2:30pm

- All

- We may have some open capacity for this meeting. If you any point of discussion for Super Duty having a strategic nature, please let me know and I can add you to the agenda.



Ford Confidential