Case 6:23-cv-01366-AA   Document 43-33   Filed 11/05/24   Page 1 of 9
Derrick Kuzak                            September 19, 2024
Brogdon, Jr., James Edward, et al. v. Ford Motor C

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2                  DISTRICT OF OREGON
 3                   EUGENE DIVISION
 4
 5   JUAN & KRIS YRAGUEN,
 6              Plaintiff,
 7       vs.                     Case No. 6:23-cv-01366AA
 8   FORD MOTOR COMPANY,
 9              Defendant.
10   _____
11
12       The Video Recorded Deposition of DERRICK KUZAK,
13       Taken at 2501 Worldgateway Place,
14       Romulus, Michigan,
15       Commencing at 8:59 a.m.,
16       Thursday, September 19, 2024,
17       Before Leisa M. Pastor, CSR-3500.
18       Veritext Job #6831772
```

Case 6:23-cv-01366-AA    Document 43-33    Filed 11/05/24    Page 2 of 9
Derrick Kuzak                                September 19, 2024
Brogdon, Jr., James Edward, et al. v. Ford Motor C

Page 2

1           IN THE UNITED STATES DISTRICT COURT
2             FOR THE MIDDLE DISTRICT OF GEORGIA
3                      COLUMBUS DIVISION
4
5   JAMES EDWARD ("DUSTY") BROGDON, JR.
6   as Executor of THE ESTATE OF DEBRA SUE
7   MILLS, deceased, and JAMES EDWARD
8   BROGDON, JR., and RONALD BRIAN ("RUSTY")
9   BROGDON, Individually and as surviving
10  Children of Debra Sue Mills,
11  -and-
12  JAMES EDWARD BROGDON, JR.,
13  As Executor of the ESTATE OF HERMAN
14  EDWIN MILLS, deceased, and JASON EDWIN
15  MILLS, Individually and as surviving
16  child of HERMAN EDWIN MILLS,
17            Plaintiffs,
18       vs.                    Case No. 4:23-cv-00088-CDL
19  FORD MOTOR COMPANY,
20            Defendant.
21  _____
22
23       The PHASE 1 Video Recorded Deposition of
24       DERRICK KUZAK,
25       Taken at 2501 Worldgateway Place,

Case 6:23-cv-01366-AA   Document 43-33   Filed 11/05/24   Page 3 of 9
Derrick Kuzak                                September 19, 2024
Brogdon, Jr., James Edward, et al. v. Ford Motor C

Page 3

```
 1        Romulus, Michigan,
 2        Commencing at 8:59 a.m.,
 3        Thursday, September 19, 2024,
 4        Before Leisa M. Pastor, CSR-3500.
 5        Veritext Job #6831772
 6
 7   APPEARANCES:
 8
 9   JAMES E. BUTLER, JR.
10   DANIEL E. PHILYAW
11   RAMSEY B. PRATHER
12   Butler Prather, LLP
13   105 13th Street
14   Columbus, Georgia 31901
15   (866) 809-7058
16   jim@butlerprather.com
17   dan@butlerprather.com
18   ramsey@butlerprather.com
19        Appearing on behalf of Plaintiffs.
20
21
22
23
24
25
```

Page 4

1  HALA J. GORES (VIA ZOOM VIDEOCONFERENCE)
2  Hala J. Gores, PC
3  1332 SW Custer Drive
4  Portland, Oregon 97219
5  (503) 295-1940
6  hala@goreslaw.com
7       Appearing on behalf of Plaintiffs.
8
9  PAUL MALEK
10 Huie, Fernambucq & Stewart, LLP
11 3291 US Highway 280
12 Suite 200
13 Birmingham, Alabama 35243
14 (205) 297-8850
15 pmalek@huielaw.com
16      Appearing on behalf of Defendant Ford Motor Company.
17
18 ELIZABETH B. WRIGHT
19 Thompson Hine, LLP
20 3900 Key Center
21 Cleveland, Ohio 44114
22 (216) 566-5500
23 elizabeth.wright@thompsonhine.com
24      Appearing on behalf of Defendant Ford Motor Company.
25

1  CRAIG A. LOGSDON (VIA ZOOM VIDEOCONFERENCE)

2  Snell & Wilmer

3  One East Washington Street

4  Suite 2700

5  Phoenix, Arizona 85004

6  (602) 382-6253

7  clogsdon@swlaw.com

8       Appearing on behalf of Defendant Ford Motor Company.

9

10 NANCY M. ERFLE  (VIA ZOOM VIDEOCONFERENCE)

11 Gordon, Rees, Scully, Mansukhani, LLP

12 1300 SW Fifth Avenue

13 Suite 2000

14 Portland, Oregon 97201

15 (503) 222-1075

16 lpolster@grsm.com

17 nerfle@grsm.com

18      Appearing on behalf of Defendant Ford Motor Company.

19

20

21

22

23

24

25

Case 6:23-cv-01366-AA   Document 43-33   Filed 11/05/24   Page 6 of 9
Derrick Kuzak                                   September 19, 2024
Brogdon, Jr., James Edward, et al. v. Ford Motor C

Page 6

```
 1   JAMES P. FEENEY
 2   Dykema Gossett, PLLC
 3   39577 Woodward Avenue
 4   Suite 300
 5   Bloomfield Hills, Michigan 48304
 6   (248) 203-0841
 7   jfeeney@dykema.com
 8        Appearing on behalf of the Witness.
 9
10   ALSO PRESENT IN ROOM:
11   Justin Dloski - Video Technician
12   Sarah C. Andrews - Paralegal
13   Kim Butler (VIA ZOOM VIDEOCONFERENCE)
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 14

```
 1   A.   That is correct.
 2   Q.   This email is also sent to Paul Mascarenas who was the
 3        vice president of Ford Motor Company, correct?
 4   A.   Is his name in send to the addresses?  Yes.
 5   Q.   And this email was also sent to Gerhard Schmidt, who
 6        was also vice president of Ford Motor Company,
 7        correct?
 8   A.   Yes.
 9   Q.   The subject of this email is September 8 TRRM Minutes,
10        correct?
11   A.   That is what the document states, yes.
12   Q.   Okay.  And in the body of the email, it says
13        September 8th, 2005, TRRM minutes, Enhanced Roof
14        Strength, Big Bang Project Status Review, correct?
15   A.   That is what it says, yes.
16   Q.   All right.  Look at the last bullet point on this
17        page; do you see it?
18   A.   I see that bullet point.
19   Q.   It says, Mr. Kuzak suggested that his regularly
20        scheduled monthly reviews with body engineering
21        management would be the appropriate forum for periodic
22        reviews of this project; did I read that correctly?
23   A.   You read it correctly, yes.
24   Q.   Okay.  So isn't it true that as an executive of Ford
25        Motor Company, you were involved with monthly reviews
```

Case 6:23-cv-01366-AA   Document 43-33   Filed 11/05/24   Page 8 of 9
Derrick Kuzak                                September 19, 2024
Brogdon, Jr., James Edward, et al. v. Ford Motor C

Page 15

```
1         of the enhanced roof strength project with Super Duty
2         trucks with body engineering management?
3    A.   That is what it states, correct.
4    Q.   In the bullet point above that, it also says that Paul
5         Killgoar would notify you, Mr. Kuzak, if help is
6         needed to resolve the issues that may put the testing
7         in jeopardy, correct?
8    A.   That is what it says, yes.
9    Q.   That refers to what is mentioned in the bullet point
10        above a proof of concept test that was scheduled for
11        12/14/2005, right?
12   A.   I'm sorry, could you repeat the question again?
13   Q.   Yes, that refers to a proof of concept test that is
14        scheduled for 12/14/2005 listed in the bullet point
15        above, correct?
16   A.   That is correct.
17   Q.   Dr. Kuzak, isn't it true that the purpose of this 2005
18        TRRM meeting was specifically to present the enhanced
19        roof strength project to you, the vice president of
20        product development?
21   A.   You have the dates incorrect in terms of my position
22        at this point in time.  My position at this point in
23        time was, September 2005, I was the vice president of
24        engineering in North America.
25   Q.   Okay.
```

Page 48

```
 1                    CERTIFICATE OF NOTARY

 2     STATE OF MICHIGAN  )

 3                        ) SS

 4     COUNTY OF MONROE   )

 5

 6              I, LEISA PASTOR, certify that this

 7       deposition was taken before me on the date

 8       hereinbefore set forth; that the foregoing questions

 9       and answers were recorded by me stenographically and

10       reduced to computer transcription; that this is a

11       true, full and correct transcript of my stenographic

12       notes so taken; and that I am not related to, nor of

13       counsel to, either party nor interested in the event

14       of this cause.

15

16

17

18

19

20

21

22                   LEISA PASTOR, CSR-3500, CRR,

23                   Notary Public,

24                   Monroe County, Michigan

25                   My Commission expires:  9/7/27
```