Plaintiffs' Exhibit 139

**Barthelemy, Bruno (B.)**

**From:** Barthelemy, Bruno (B.)
**Sent:** Thursday, December 15, 2005 11:42 AM
**To:** Killgoar, Paul (P.C.); Mahmood, Hikmat (H.F.); Prasad, Priya (P.); Barbat, Saeed (S.D.)
**Subject:** RE:

Congratullations to you and your team. This is a great news!

Bruno Barthelemy, Ph.D.   (313) 805 3816
Body Structure Mgr, NA Truck
Contact Denise Engel for Meetings (dengel) (313) 845 4462

-----Original Message-----
**From:** Killgoar, Paul (P.C.)
**Sent:** Thursday, December 15, 2005 11:30 AM
**To:** Mahmood, Hikmat (H.F.); Prasad, Priya (P.); Barbat, Saeed (S.D.); Barthelemy, Bruno (B.)
**Subject:** RE:

Hikmat:

Excellent work. Thanks for the update. Enjoy you holiday.


Paul

Paul C. Killgoar Jr., Director
Environmental, Physical Science and Safety
Research and Advanced Engineering
Ford Motor Company
2101 Village Road
P. O. Box 2053, MD 2074 SRL
Dearborn, MI 48121
Phone:   313-323-1413
Fax:     313-323-8992
e-mail:   pkillgoa@ford.com

-----Original Message-----
**From:** Mahmood, Hikmat (H.F.)
**Sent:** Thursday, December 15, 2005 8:24 AM
**To:** Killgoar, Paul (P.C.); Prasad, Priya (P.); Barbat, Saeed (S.D.); Barthelemy, Bruno (B.)
**Subject:**

Good Morning to all:

The roof crush test for the frame of our vehicle was tested from the beltline up only, without glass and doors (refer to the attached picture.) The performance was perfect as a textbook case.

The load deflection curve, attached in the pdf file, reached the level of 30,000 lbs. at about 5 inches. The load did not downdrop and continued rising up to about 37,000 at 9 inches. This is higher than any vehicle in the market today. We expect the full vehicle to carry less load; however, the glass and the door should contribute also.

The design objective was to meet a 25,500 lbs. load at 5 inches for a full vehicle weighing 7,990 lbs.

I will be on vacation as of today. Happy Holidays to all,

Hikmat.

Hikmat Mahmood
Staff Technical Specialist
Safety R & D, FRL
Tel: 313/594-2300
Fax: 313/206-2776

<< File: Test_Set_Up_Roof_Crush _test_for_Alpha_ GreenHouse.jpg >>    << File: Load_Defl_Roof_Crush _test_for_Alpha_ GreenHouse.pdf >>