Plaintiffs' Exhibit 133



**To:** HFTA Nomination Committee

**Subject:** Enhanced Roof Strength Structure (ERS²) - A Hydro-form Intensive Architecture

The Enhanced Roof Strength Structure (ERS²) team has developed a revolutionary approach to body structure architecture through the combined use of Advanced High Strength Steel and Hydro Forming. This team has interrogated every component of the body construction for performance contribution and developed a Game Changing solution for body architecture. This new architecture doubles the performance of existing body structure for increased Strength, Stiffness, while reducing labor cost and assembly plant investment.

The ERS² team was assembled in January 2005 and began a design to meet the proposed roof strength standard of 2.5 times the Maximum Unloaded Vehicle Weight (MUVW) for vehicles up to 10 thousand GVWR. This new proposal required vehicles previously exempt from FMVSS216 to now be considered (i.e. Super Duty, E-Series). The team was made up of engineers from Research & Innovation Center, Product Development, and Vehicle Operations that established a target of 24 thousand pounds roof crush load at 4 inches displacement.

The team investigated conventional Stamped, Roll Form, and Hydro formed construction methods and choose Hydro forming intensive method for the major benefits in manufacturing assemble, dimensional control, quality improvements and the ability to form AHSS. The benefits are accomplished by integrating all the inner sheet metal and replacing it with a one piece hydro formed structure that provides significant dimensional improvements.

The team quickly established technology enabling sub projects for design, component manufacturing, welding, materials to prove out the new technologies required to deliver a functional concept in 10 months. The following is a list of technology firsts delivered by this team

**Industry firsts**
- Hydroform tubes using DP780 material
- Hydroform parts using integrated pinch flanges
- Roll formed Headers & bows using Boron

**Ford firsts**
- Hydroform body shell structure
- Structural Laser Welding
- Non-structural DOP

The team overcame the technology challenges combined vehicle constraints of 7.6 deg binocular obstruction, moon roof requirements, and all carry over body section envelopes (i.e. Rail, A-pillar, C-pillar). These constraints exceed the benchmarked Volvo XC90 that carried a maximum load of approx. 17klb.

This project has delivered many significant contributions to Ford Motor Company exemplified by the early adoption of this technology by the P415 program and the 27 intellectual property disclosures that will provide a sustainable level of innovation for the F-series product to carry us into the way forward.

This teams many accomplishments have and will continue to have a significant role in the design, manufacturing, and assembly of future products at Ford Motor Company, therefore we are pleased to recommend the Enhanced Roof Strength Team key for the 2006 Henry Ford Technology Award. This was a major team effort that was influenced significantly by Hikmat Mahmood, Larry Queener, Jason Balzer, James Lowe and Saied Nusier

P C Killgoar

_____
Director R&AE

R W Hosta

[signature]

Director VO&E

SUBJECT TO SHARING PROTECTIVE ORDER
PRODUCED BY FORD
7875 00000287052
Prather Declaration
Exhibit 38
Page 1 of 20
DAJBECH000206524

## TECHNICAL EXPLANATION OF INNOVATION – Enhanced Roof Strength Structure

### Core Concept

The Enhanced Roof Strength Structure (ERS²) is the most efficient way to meet the new proposed FMVSS 216 Roof Strength Requirement (for MY 2010) while also improving the manufacturing & assembly of body structures. This structure takes advantage of the dimensional & superior forming capability (especially of Advanced High Strength materials) of Hydro-Forming, to produce a body shell structure which is the industry leader in roof strength, capable of supporting at least 25,000 lbs within 5 inches of deflection.

The Core Concept takes the P221 multi-piece stamped body side inner structure (16 pieces) and replaces it with 2 hydro-form Advanced High Strength tubes and a few carefully placed reinforcements (see Diagram #1). This structure doesn't rely on the DOP or Roof for structure, therefore allowing these components to be down gauged and to have welds removed (&/or bonded together), reducing cost & weight. The ERS² also utilizes roll form technology to make the Headers & Bow out of Boron, further reducing weight and improving the system's strength. The product also yields significant piece cost, investment, & weight advantages vs. similar structures which can carry the same loads as the ERS². In fact, the team's completed design saves weight vs. the carryover P356 structure which supports ~ 10,000 lbs.

In addition to the Industry's strongest body shell & roof structure, the following proprietary technology breakthroughs are part of the ERS²:

**Industry first**
- Hydroform tubes using DP780 material
- Hydroform parts using integrated pinch flanges
- Roll formed Headers & bows using Boron

**Ford first**
- Hydroform body shell structure
- Non-structural DOP

These breakthroughs were accomplished while maintaining the following design assumptions: Package within the carryover P221 architecture; incur no changes to the P221 Binocular sections; and Manufacture using carryover BOP (Bill of Process).

### Why is this Important?

Public opinion is a stronger body structure is a safer structure creates two concerns for Ford. First, customers are pressuring the Government to step up its safety requirements. Within the next year, the Government is expected to approve a new Roof Crush standard (FMVSS 216) that will increase the roof crush load requirement from 1.5 x MUVW (Maximum Unloaded Vehicle Weight) for all vehicles up to 6,000 lb GVWR, to 2.5 x MUVW for all vehicles up to 10,000 lbs GVWR. This means a vehicle like the F150 SC will have to support approx. 7,000 lb more and a F250 SC will have to support loads up to 23,000 lb. Second, customers are voicing their opinion in the court room with law suits ███████████████████████████████████████.

The ERS² structure with Hydro-formed body sides allows the engineer to design a structure that will meet the new load requirement using Advanced-High Strength Steels without deteriorating other Governmental safety requirements and other attributes customers find just as important like quality, fuel economy/weight, ride & handling, durability, and cost.

### Benchmarking / Technology Comparisons

Currently, the strongest body structure in production is the Volvo XC90 which supports ~18,000 lb within 5 inches of deflection (Diagram 3.2). This vehicle uses a hot stamped Boron 'ring' in the vehicle, which consists of the Roof Bow, B-Plr, and underbody reinforcement. Plus, this vehicle's A Pillar binocular sections are 2-3 times the size of the F150 and F250.

An initial Up-gauge study was conducted using conventional stamping parts and a conventional load weld load assembly philosophy. To reach the desired roof crush performance, 2-3 mm DP780 & DP980, and 1-2 mm Boron stamping were required. There are many feasibility issues with stamping large components out of these materials and gauges. Plus, if the stampings could be produced, the draft angles and radii required make packaging the design within the current P221 quite difficult. This led the team to look for an alternative manufacturing technique to use AHSS.

*Deleted: Upgrade/*
*Deleted: grade/Up*

### Breakthroughs & Innovation

The Enhanced Roof Strength Structure produced breakthroughs in Product Design & Package; Engineering and Analysis; Manufacturing and Assembly; and Product Performance

#### Product Design & Package

The ERS² is Ford's first Hydroform Body Shell and the industry's first AHSS Hydroform Body Shell to support over 2.5 x MUVW, while maintaining the carryover P221 packaging including; binocular sections of the A-plr, air curtains, & moon roof., at the same time integrating

J. Balzer    2 of 20    { DATE \@ "M/d/yyyy" }
Enhanced Roof Strength Structure using AHSS Hydro-Forming Body Side    Ford Secret

SUBJECT TO SHARING PROTECTIVE ORDER

PRODUCED BY FORD

7875 00000287053

Prather Declaration
Exhibit 38
Page 2 of 20

DAJBECH000206525

16 separate stampings. The integration of parts leads to better dimensional control in the assembly plant and reduced weight. The design has also allowed the DOP to be down gauged to 0.80 mm, as the DOP is no longer structural. A non-structural DOP has many benefits: lighter weight, lower cost, half the required spot welds, and more styling freedoms (allowing exterior restyling without affecting the structure).

Engineering and Analysis
The Engineering team analysis, first designed beams not to collapse, using various tools including:
1. **Critical Stress formula** for simply supported beams. This formula was used to ensure the t/b (thickness / unsupported section length) ratios are small enough to take advantage of the AHSS. If the unsupported length is too long, the section will buckle, before the material's yield stress is reached. Therefore not fully utilizing the AHSS. An example of this is when using 1.5 mm thick DP780, the t/b ratio <= 0.027, or b=55 mm (to ensure a section will not collapse, all walls within the section must be <= 55 mm)
2. **Section analysis** to ensure sections won't buckle until the required load is reached.
3. **V-Crush analysis** to ensure beams won't buckle until the required load is reached. Since a traditional Radioss CAE model can't predict load buckling, it is imperative that the engineers design the sections to ensure buckling does not occur.
4. **Radioss analysis** was used to ensure the system worked together to support and transmit the loads properly through the joints.

Manufacturing & Assembly
Project assumption was that the ERS² could be assembled using the current BOP (Bill of Process) for the Dearborn Assembly Plant. This was to reduce the impact to the body shop and ensure an integrated launch was possible.

In addition to this being the first time DP780 was hydro-formed, this was also the first pinch flange (a portion of the tube is collapsed on itself to create a weld flange) produced. The pinch flange significantly reduces the cost impact in the body shop, by allowing spot welding to occur in the seal flange. To ensure the design was manufacturable, the supplier used simulations to predict how the material would behave during the manufacturing process. This allowed first off parts to be used in the buck testing, thus saving development time.

ERS² Performance
This advanced structure has met and surpassed the aggressive goal of 2.875 X MUVW (2.5 + 0.375 Ford's safety factor), for a SC truck weighing 8,200 lb. The structure accomplishes this at 4 inches of deflection, a full 1.5 inches earlier than the current requirement (Diagram 3.2). This performance was demonstrated on the <u>first</u> prototype vehicle/buck tested as well as with CAE analysis. Further analysis has shown that this structure can be optimized to meet this performance with a minimal weight penalty vs. the carryover P356.

Innovative Design
Due to its innovative design, the structure demonstrates two other interesting attributes that no other production vehicle exhibit. The load this structure can support continues to rise until 9 inches of deflection and once the load is removed the structure spring's back to within 4.5 inches of nominal design (Diagram 3.2). Both of these attributes suggest that this structure could withstand multiple roof impacts. As the roof rail is initially loaded, it deflects down (without completing collapsing the section), slightly pushing the A-Plr & C-Plr out (Diagram 5). Once the roof rail straightens out, it starts to pull the A-Plr & C-Plr in (Diagram 5), causing the pillars to move vertical and maintain more load. Thus, as the roof rail deflects more, it pulls the pillars in, increasing the load capacity of the pillars.

**Deleted:** handle keeps raising

**Further Advancement Opportunities**

This technology can continue to be advanced, by using a multiple tube approach to;
- improve the quality of the vehicles,
- reduce the assembly cost of the vehicles,
- reduce body shop investment costs,
- Improved flexibility of vehicle platforms (by making the skin (DOP) non-structural, it can be changed without affecting the vehicle's structural performance).

**Product**
Based on the developmental tests and analysis, the team has developed the second generation (Beta) ERS² body structure design that meets the load requirement and is lighter, less expensive, and easier to manufacture than today's P356 & P221 body shell structures. This initial Beta Design (Diagram 4) replaces most of the stamping reinforcements used in the first generation design, with tubular reinforcements called "stub tubes" (Diagram 4.1). These tubes are extended through both sides of the Hydroform roof rail to form a through tube joint similar to the F150 frame. This provides a joint just as strong, but significantly lighter, than the first generation design.

**Manufacturing**
During the hydro forming process, critical dimensional relationships are establish in a single die operation or forming process. The precise capability and repeatability of this process lays the foundation for the creation of a part to part locating strategy in lieu of clamping and locating component parts in a fixture. This process enabler would allow a major component like a body side tube assembly to be located part to part to a 1 piece windshield opening, roof, and back glass component. This potential advancement would minimize or eliminate the need for conventional high cost body in white assembly systems. The elimination of these systems would dramatically impact the product timing, flexibility, as well as the program cost associated with body shop investments.

7875 00000287054

SUBJECT TO SHARING PROTECTIVE ORDER

PRODUCED BY FORD

Prather Declaration
Exhibit 38
Page 3 of 20

DAJBECH000206526

## DIAGRAMS

1. CAD picture of design vs. carryover design
2. Actual picture of design
3. Load deflection
   3.1. Curve of P221 & Target Big Bang design
   3.2. Alpha ERS² & Competitive curve Load Displacement Curves
4. Beta Design
   4.1. Beta Stub tube
5. Failure diagrams

> Deleted: curve
>
> Deleted: . &

J. Balzer
Enhanced Roof Strength Structure using AHSS Hydro-Forming Body Side
4 of 20
{ DATE \@ "M/d/yyyy" }
Ford Secret

SUBJECT TO SHARING PROTECTIVE ORDER

PRODUCED BY FORD

7875 00000287055

Prather Declaration
Exhibit 38
Page 4 of 20

DAJBECH000206527

**Diagram 1: CAD picture of Alpha hydro-form design vs. carryover stamped design**





J. Balzer  5 of 20  { DATE \@ "M/d/yyyy" }
Enhanced Roof Strength Structure using AHSS Hydro-Forming Body Side  Ford Secret

SUBJECT TO SHARING PROTECTIVE ORDER

PRODUCED BY FORD

7875 00000287056

Prather Declaration
Exhibit 38
Page 5 of 20

DAJBECH000206528

**Diagram 2: Alpha Design Test Photos**





J. Balzer  6 of 20
Enhanced Roof Strength Structure using AHSS Hydro-Forming Body Side

{ DATE \@ "M/d/yyyy" }
Ford Secret

SUBJECT TO SHARING PROTECTIVE ORDER

PRODUCED BY FORD

7875 00000287057

Prather Declaration
Exhibit 38
Page 6 of 20

DAJBECH000206529



Diagram 3.1: P221 Load Displacement Curve and Target Big Bang Curve

Super Duty Load Design Strategy

The Enhanced Roof Strength Objective was to achieve 24,000lbs at 4 inches.

J. Balzer  7 of 20
Enhanced Roof Strength Structure using AHSS Hydro-Forming Body Side
{ DATE \@ "M/d/yyyy" }
Ford Secret

SUBJECT TO SHARING PROTECTIVE ORDER

PRODUCED BY FORD

7875 00000287058

Prather Declaration
Exhibit 38
Page 7 of 20

DAJBECH000206530

### Diagram 3.2: ERS² & Competitive Load Displacement Curves

**Competitive Roof Crush Performance**



— 2001 Chevrolet Tahoe, GVWR = 2948kg (= 6500 lbf)
······ 2002 Dodge Ram 1500 Pick-Up, GVWR = 2041 kg (= 4500 lbf)
— — 2003 Chevrolet TrailBlazer, GVWR = 2018.6 kg (= 4440 lbf)
— XC90, GVWR = 2760 kg (= 6080 lbf)
— Alpha ERS²

SUBJECT TO SHARING PROTECTIVE ORDER
PRODUCED BY FORD
7875_00000287059
DAJBECH00002206531
Prather Declaration
Exhibit 38
Page 8 of 20
008

**Diagram 4: Beta Design**



Beta Body Side
1 Piece Hydro form Assy

**Diagram 4.1: Stub Tube - Beta Design**



J. Balzer
Enhanced Roof Strength Structure using AHSS Hydro-Forming Body Side

9 of 20

{ DATE \@ "M/d/yyyy" }
Ford Secret

SUBJECT TO SHARING PROTECTIVE ORDER

PRODUCED BY FORD

7875 00000287060

Prather Declaration
Exhibit 38
Page 9 of 20

DAJBECH000206532

**Diagram 5: Failure Diagrams**



Typical Failure Mode

System rotates rearward around the beltline, matchboxes, and then collapses.



ERS² Failure Mode

**Initial Failure Mode**
1) Belt line joint holds at pillars
2) Roof Rail collapse
3) Roof Rail pushes Pillars out

**Secondary Failure Mode**
1) Belt line joint holds at pillars
2) Roof Rail continues to collapse
3) Roof Rail pulls Pillars in, thus engaging the C-Plr and increasing the load capacity of the system

Both of these failure modes differentiates the ERS² from other structures, and is what allows the structure to continue carrying increasing loads after 5 in of deflection (see Diagram 3.2).

J. Balzer
Enhanced Roof Strength Structure using AHSS Hydro-Forming Body Side

10 of 20

{ DATE \@ "M/d/yyyy" }
Ford Secret

SUBJECT TO SHARING PROTECTIVE ORDER

PRODUCED BY FORD

7875 00000287061

Prather Declaration
Exhibit 38
Page 10 of 20

DAJBECH000206533

## SUPPLIER INVOLVEMENT

The hydro form supplier Vari-Form was selected by the team for their Pressure Sequence Hydro forming (PSH) Technology. The performance of this supplier on the P356 hydro formed front end proved the capability and repeatability of the (PSH) process as well as the supplier's ability to align requirements of the product design, assembly, manufacturing, high strength steels and the hydro form manufacturing process

- Provided an in house representative as a task force team member
- Developed an understanding of the systemic design and manufacturing issues facing the cross functional roof enhancement team.
- Offered viable feasible solutions in the early concept phase of the project
- Displayed willingness to investigate potential process solutions not available in the industry.
- Provided honest feedback on hydro form capabilities and restrictions.
- Offered ideas to integrate alternative processes provided by other OCM (Original Component Manufactures) suppliers.
- Displayed willingness to study and experiment the potential of using Dual phase and Ultra high strength steels.
- Played an active role in brain storming sessions which produced multiple invention disclosures around joining, forming, and alternative assembly processes.
- Supplied quick turn around budgetary quotes to aid in design direction and final decisions.
- Provided CAE Forming simulations to determine manufacturing feasibility & capability.

## INVENTION DISCLOSURES

| | |
|---|---|
| 81118210 | L. Queener, J. Reed, R. Koganti, J. Weishaar, J. Lowe, L. Ratsos, D. Gericke, "Flange integration in Hydroforming" |
| 81119001 | H. Hausler, L. Queener, J. Balzer, J. Weishaar, L. Ratsos, "Body side bucket bracket" |
| 81119002 | J. Lowe, L. Queener, "Hydroform pierced holes in UHSS (Boron)" |
| 81119005 | L. Queener, J. Lowe, H. Hausler, J. Weishaar, "Sleeved Tube in Tube design" |
| 81119007 | S. Angotti, J. Chennat, B. Mikula, L. Queener, A. Wexler, J. Eidt, "Laser weld Boron Steel" |
| 81119011 | L. Queener, J. Reed, J. Lowe, R. Koganti, L. Ratsos, "One Piece Hydroform in Body Structures" |
| 81119012 | L. Ratsos, J. Lowe, J. Reed, L. Queener, S. Angotti, R. Koganti, "Double-wall formed tube" |
| 81119016 | J. Reed, H. Hausler, J. Balzer, L. Queener, "2pc clamshell bracket" |
| 81119019 | L. Queener, J. Lowe, H. Hausler, J. Balzer, "Tube intersect tube" |
| 81119020 | L. Queener, H. Hausler, J. Weishaar, J. Lowe, "Tube in cutout tube joint" |
| 81119023 | G.S. Frederick, L. Ratsos, J. Reed, F. Day, H. Mahmood " 2-Cell Roof Side Rail" April, 25,2005 |
| 81119024 | L. Ratsos, B. Mikula, J. Lowe, S. Angotti, J. Reed, L. Queener, "Assembling tubular structures" |
| 81119025 | J. Balzer, H. Hausler, J. Reed, L. Queener, "Tube to windshield flange" |
| 81119026 | L. Queener, J. Reed, J. Balzer, J. Lowe, H. Hausler, "Candy Cane Tube Blank" |
| 81119027 | H. Mahmood, J. Weishaar, L. Queener, S. Nusier, G. Frederick, J. Balzer "Optimal Section" |
| 81119029 | J. Reed, J. Lowe, L. Queener, H. Mahmood, H. Hausler, J. Weishaar, "Roll Formed Roll with a web" |
| 81119030 | L. Queener, B. Barthelemy, H. Mahmood, J. Weishaar, "Y-Pipe on A-Pillar Body Structure" |
| 81119031 | B. Barthelemy, H. Hausler, J. Balzer, "Taco bracket for header attachment" |
| 81119916 | L. Queener, H. Mahmood, R. Koganti, J. Balzer, "Moon Roof Module Integration." |
| 81120726 | L. Queener, S. Angotti, J. Lowe, "Multi gage hydroformed tubes." |
| 81125856 | X. Chen, O. Faruque, T. Guimberteau, L. Ratsos, D. Gericke, and J. Sazlay, "A Hydro Formed roof rail with flanges", Aug. 12, 2005. |
| 81126063 | G. S. Frederick "Fastening of Structural Tubes", Aug. 17, 2005 |
| 81133787 | J. Lowe, J. Balzer, "Three thickness Laser welding rib.", Nov. 15, 2005 |
| 81133742 | J. Balzer, J. Lowe, L. Queener, D. Gericke, "Multi-tube Body Side construction", Nov 10, 2005 |
| 81138077 | J. Lowe "Part to Part Framing Method" |
| 81138105 | J. Lowe, R. Pastrick, "3t welding surface treatment" |

## TECHNICAL PAPER DESCRIPTIONS

H. Mahmood, "Utilization of Advanced High-Strength Steels in Vehicle Roof Strength Applications", presentation @ Great Designs in Steel, Livonia, MI, 3/6/2006.

J. Balzer                                        11 of 20                                   { DATE \@ "M/d/yyyy" }
Enhanced Roof Strength Structure using AHSS Hydro-Forming Body Side                         Ford Secret

7875 00000287062

SUBJECT TO SHARING PROTECTIVE ORDER
PRODUCED BY FORD

Prather Declaration
Exhibit 38
Page 11 of 20
DAJBECH000206534

## SIGNIFICANCE

### Benefits

| | Baseline - P356 | Stamped Upgrade / Up gauge [1] | ERS² Alpha Design | ERS² Beta Design |
|---|---|---|---|---|
| Performance (lbs within 5 in) – SC | ~10,000 | 25,000 est | 25,000 | 25,000 est |
| Weight (lb) – SC Body shell | Baseline | > 80 | + 35 | + 20 |
| Piece Cost ($) – Supplier | $185 | $235 | $250 | $216 |
| Piece Cost ($) - Manufacturing | | | | |
| Welding ($/veh) | Baseline | n/a | - $7.50 | - $7.50 |
| Labor – Assy Plant ($/veh) | Baseline | n/a | - $30 | - $30 |
| Total Piece Cost ($) – SC | $185 | $235 | $212.50 | $178.50 |
| Investment ($M) | Baseline | $66 M | $24 M | $24 M |
| Assembly Plant - Tooling ($M) | Baseline | $500 M, + loss units | $80 M | $80 M |
| Feasibility Issues | none | 1) Press Tonnage 2) Welding Equipment 3) Weld Capability 4) Packaging required | Laser Hybrid welding | Laser Hybrid welding |

[1] – Estimate based on 10% inc over P415 design for higher load capacity

### Safety
The hydro-formed body shell developed has a roof strength performance which is 2.5 x stronger than the '05 P221 (see Diagrams 3.1 & 3.2) at 5 inches of deflection. In addition, the hydro-form body shell continued to hold load until 9.2 in deflection, and once the load was removed the structure rebounded back 4.5 in. All other vehicles in production have a significant drop in performance once the max load is obtained. Thus proving the hydro-form shell design is the most robust design in the industry, suggesting that this structure will withstand multiple impacts, similar to a dynamic rollover event.

### Quality Improvement / High Mileage Reliability / Customer Satisfaction
1) **Improved part dimensional quality** - Hydro-form parts hold better tolerances than Ford's traditional 1294 Spec. The hydro-form process provides a better quality part, because all surfaces, depressions, holes, and features, are put in one die, vs. a stamping that requires multiple die operations.
2) **Quality** - Improve wind noise, reduced water leaks, reduced door closing efforts, as well as overall fit and finish dimensions of both interior and exterior components
3) **Fewer Parts** – The hydro-formed body shell design has fewer parts vs. the current stamped design and the upgrade up gage design, because two stampings don't have to be welded together to form a closed section.
4) **Part/Function Integration** – The hydro-form process allows more part integration, which further reduces parts count and improves quality.
5) **Lower Insurance Rates** – Since the structure with stands more load, and springs back once the load is removed, insurance rates should be lower than carryover structure, which will improve customer satisfaction.

These five attributes lead to higher initial vehicle quality, improved high mileage performance (less squeaks & rattles due to fewer and stiffer parts), and lower cost of ownership, which will ultimately lead to improved customer satisfaction.

### Cost, Weight, Investment & Time Efficiency
The hydro-form body structure design provides a significant business case over a conventional stamped architecture. The manufacturing labor efficiencies provide an estimated $30 per unit savings combined with an additional $7.50 per vehicle in weld reduction costs. The investment required to integrate this new structural architecture at KTP is significantly reduced due to reduced weld reduced end item parts and fixtures. Based on Piece price estimates, Labor Savings, and Weld reductions this project has the potential to deliver the ERS² architecture $6.50 total cost savings per SC unit. Further manufacturing efficiencies can be obtained through the usage of an "Inside out" build and a "Part to Part" build processes.

SUBJECT TO SHARING PROTECTIVE ORDER

PRODUCED BY FORD

7875 00000287063

Prather Declaration
Exhibit 38
Page 12 of 20

DAJBECH000206535

## IMPACT

### Assembly

1) **Labor** - The creation of a one piece body-side component vs. carryover multi-piece construction and the reduction of end item parts reduces the number of load weld load station requirements as well as 30 heads in the assembly plant to load components
2) **Process Opportunities** - This design project has challenged the traditional paradigm of how each component and assembly process is viewed. Taking advantage of the dimensional and structural benefits of hydro-forming has offered many process opportunities to innovate engineered solutions to traditional problems. Two of the resulting process proposals is an "Inside out" &/or a "Part to Part" build that changes the sequence of sub-assembling the roof rail to the body-side outer.
3) **Model Flexibility** - This design creates a new truck architecture which will meets a new roof strength requirement, is compatible with the Dearborn truck process and can be migrated to other programs. The P415 program has already taken the P473 design project as a starting position.
4) **Weld Count** - The improved structural rigidity of the roof rail component design eliminates structural contribution of the body-side outer and the roof panel. This design therefore reduces the weld count on the body-sides and roof by 40-50%. (see attached weld count spreadsheet).

### Roof Strength VO weld comparison to P221

|  |  | P221 C/O | | | ERS² Design | | |
|---|---|---|---|---|---|---|---|
| Body-side | Model | S/C | R/C | C/C | S/C | R/C | C/C |
| Windshield Flange | | 17 | 17 | 17 | 8 | 8 | 8 |
| Roof Rail | | 5 | 3 | 9 | 5 | 3 | 7 |
| Backlight opening | | 10 | 10 | 10 | 5 | 5 | 5 |
| DOP A/B flange | | 64 | 51 | 92 | 32 | 25 | 50 |
| Body-side Sub Total | | 96 | 81 | 128 | 50 | 41 | 70 |
| Roof | | | | | Laser | Laser | Laser |
| Roof Rail | | 22 | 22 | 22 | 11 | 11 | 11 |
| Front Header flange | | 30 | 30 | 30 | 20 | 20 | 20 |
| Rear Header flange | | 22 | 22 | 22 | 14 | 14 | 14 |
| Roof Sub Total | | 74 | 74 | 74 | 45 | 45 | 45 |
| Body Structure Total | | 170 | 155 | 202 | 95 | 86 | 115 |
| # Welds Deleted | | | | | 75 | 69 | 87 |

### Marketability
This technology has the potential to change the customer's perception of Ford, from a value brand, to a safety innovator and leader. The first OEM to market with an increased roof strength structure will have significant advantages over the rest of the industry. Imagine the impact Ford would have on the customer, by producing a commercial that shows the F150 or F250, with a Chevy, Dodge Ram, and the Toyota Tundra all sitting on top of Ford's new structure and the doors open and 4 people get out. That is what this structure can do.

### Technology Migration
The 2009 P415 and the 2010 P473 have booked the design. In fact, the P415 team took the initial design and modified it to fit their new package and down gauge the structure to meet their reduced load. The P473 is looking to take the 2nd generation design this summer

SUBJECT TO SHARING PROTECTIVE ORDER

PRODUCED BY FORD

7875 00000287064

Prather Declaration
Exhibit 38
Page 13 of 20

DAJBECH000206536

## RESULTS

|  | Baseline - P356 | ERS² Beta Design |
|---|---|---|
| Performance (lbs within 5 in) – SC | ~10,000 | 25,000 est |
| Weight (lb) – SC Body shell | Baseline | + 20 |
| Piece Cost ($) – Supplier | $185 | $216 |
| Piece Cost ($) - Manufacturing | | |
|    Welding ($/veh) | Baseline | - $7.50 |
|    Labor – Assy Plant ($/veh) | Baseline | - $30 |
| Total Piece Cost ($) – SC | $185 | $178.50 |
| Investment ($M) | Baseline | $24 M |
| Assembly Plant - Tooling ($M) | Baseline | $80 M |
| Feasibility Issues | none | Laser Hybrid welding |

> **Deleted:** ¶
> <#>Explain the success with which this project is performing¶
> Has it met or exceeded expectations?¶
> <#>What methods are the results being tracked? (TGR/TGW/customer satisfaction)¶
> <#>Site statistics and projected longevity. All must be verifiable.¶

**Performance** – Industry's first vehicle with a roof structure capable of supporting over 25,000 lb (> 2.5 x MUVW) within 5 inches of deflection, and is robust enough to continue to support additional load until 9 inches of deflection (Diagram 3.2). This is a 2.5 times improvement over the carryover structure (Diagram 3.1).

**Quality** – Improve wind noise, reduced water leaks, reduced door closing efforts, as well as overall fit and finish dimensions of both interior and exterior components, due to part integration and hydro-forming the body sides.

**Manufacturing** - Taking advantage of the dimensional and structural benefits of hydro-forming has offered many process opportunities to innovate engineered solutions to traditional problems. One of the resulting process proposals is an "Inside Out" build that changes the sequence of sub assembly of the roof rail to the body-side outer. The precise capability and repeatability of the hydro-forming process lays the foundation for the creation of a "Part to Part" locating strategy in lieu of clamping and locating components in a fixture. This "Inside Out" & "Part to Part" build compliments each other and will significantly reduce body shop investment costs, improve manufacturing flexibility, and reduce cost & cycle times.

**Weight** – The ERS² Beta design only increases the weight, vs. the carryover structure, by 20 lbs, but it's approximately 60 lbs lighter than the stamped upgrade up-gage alternative design.

**Labor** – The creation of a one piece body-side component vs. carryover multi-piece construction and the reduction of end item parts reduces the number of load weld load station requirements as well as 30 heads in the assembly plant to load components.

**Piece Cost** – The cost estimate for the Beta design is approximately $31.00 incremental to carryover. When the welding saves and labor saves are included the new design is $6.50 under carryover.

**Investment** – The ERS² investment is approximately $24M for the component tooling, which is less than any other design that can meet this performance. At approximately $80M for the body shop investment, the cost for the ERS² is significantly reduced from other designs, which had body shop price tags as high as $500M (plus the loss units of production). This was the main reason the Big Bang project was established.

The Enhanced Roof Strength Structure (ERS²) is the most efficient way to meet the new proposed FMVSS 216 Roof Strength Requirement (for MY 2010) while also improving the manufacturing & assembly of body structures. This structure takes advantage of the dimensional & superior forming capability (especially of Advanced High Strength materials) of Hydro-Forming. This design is a key enabler to improve body shop efficiencies with lower investment, faster cycle times, and better quality.

This team achieved a successful performance with its first prototype build & test unit, which has enabled the team to focus on cost, weight, and joint structures, as well as manufacturing efficiencies on the Beta Design

> **Formatted:** Underline
> **Formatted:** Left

SUBJECT TO SHARING PROTECTIVE ORDER

PRODUCED BY FORD

7875 00000287065

Prather Declaration
Exhibit 38
Page 14 of 20

DAJBECH000206537

# PERSONAL INVOLVEMENT COVER PAGE

A successful project of this magnitude certainly couldn't have been completed without support from members outside the core team. The big bang roof crush Team would like to specifically acknowledge and thank the following people (in alphabetical order) for their individual support and contribution to big bang roof crush the project. Without their support and expertise this project certainly wouldn't be a success.

| Name | CDS ID | Brief Description of Contribution |
|---|---|---|
| Sergio Angotti | Sangotti | Joining Sub Project Co-leader. Led studies relating to Interaction, behavior and failure of different welding process on high and ultra high strength steel |
| Saeed Barbat | Sbarbat | Passive Safety Technical Steering Team member and support with flexible staffing resources, budget, and co-location logistics |
| Bruno Barthelemy | Bbarthe1 | Body Structure Technical Steering Team member. PDC project customer and support with designer resources. |
| Jamel Belwafa | Jbelwafa | Provided coupon and component testing of high and ultra high strength steel, section capacity and weld failures. Coordinated full vehicle test and logistics. |
| Frank Day | Fday | Initial Body Cad Designer who helped develop innovative initial concepts. |
| John Eidt | Jeidt | Advanced Manufacturing Technical Steering Team member. AMTD project customer build site and laser weld logistics |
| Bob Fileta | Bfileta | Complete dsection and joint design of the structural members, point and pointed to weaknesses in the design during the early stage and suggest alternatives. |
| Greg Frederick | Gfreder1 | Provided valuable CAE analysis and section failure modes. |
| Armondo Joaquin | Ajoaquin | Weld and materials technical consultation. |
| Carl Johnson | Cjohns26 | Advanced Manufacturing Technical Steering Team member and metallurgical studies. |
| Rama Koganti | Rkoganti | Joining Sub project co-leader. Led studies relating to Interaction, behavior and failure of different welding process on high and ultra high strength steel. Material testing and weld (heat) effect on material. |
| Steve Kernosky | Skernosk | Provide hydro-forming process and manufacturing technical support. |
| Priya Prasad | Pprasad | Passive safety technical reviewer which continually challenged the team to optimized the weight and cost of the structure. |
| Steve Reagan | Sreagan | Body structures analysis providing benchmark section design and& properties. Developed a tool for locating high stresses, which helped place welds in low stress areas, with in the joints. |
| John Reed | Jreed6 | Body Structures Design engineer which initiated the first concepts for sections & joints. |
| Dave Ruhno | Druhno | Materials engineering and specifications provided materials engineering specifications. |
| Rich Ruthinowski | Rruthino | Provided support for the prototype builds, by obtaining the necessary carryover components, and ensured the build at Livernois (test prep. Facilities) were aligned and ready to receive the vehicles. |
| Doug Shooks | Dshooks | Provided valuable support to push purchase orders through Ford's system, which ensured tools were made and parts were delivered on time. |
| Brian Spahn | Bspahn | Provide project management for Timing and GTDS deliverables. Provided project management skills to ensure the project kept moving forward |
| Joe Weishaar | Jweishaa | Component testing, foam testing, full vehicle testing, innovation ideas on joining tubular structure |

SUBJECT TO SHARING PROTECTIVE ORDER
PRODUCED BY FORD
Prather Declaration
Exhibit 38
Page 15 of 20
7875 00000287066
DAJBECH000206538
015

# INDIVIDUAL PERSONAL HISTORY

Please list the information as you would like it to read on your awards

NAME: Hikmat, Mahmood        NICKNAME: Hikmat

PRONUCIATION:                PHONETIC SPELLING:
(This is very helpful)

CURRENT Inter-Company ADDRESS: RIC, MD2115        CDSID: HMAHMOOD

HOME Mailing ADDRESS: 3871 S. Miller Way          Home E-mail: hfm123us@yahoo.com

HOMETOWN: Bloomfield Hills, MI, USA

BIRTHDATE: Sept. 15th, 1945                       Office Phone: 313-594-2300

YEARS of FORD SERVICE: 27                         LEADERSHIP LEVEL: LL5

CURRENT POSITION HELD and AREA: Technical Leader in Safety Structural Design

**TECHNICALLY SIGNIFICANT** CONTRIBUTION:
(**Be specific.** Explain why this technology could not have been created without your input. What specialty did you bring to the development of this technology? This must be more than a leadership role or broad implementation)

Dr. Mahmood led a cross functional team to meet the proposed new requirement of roof strength.
- Provided the team a new innovative design approach based on collapsed mechanism of roof structure that lead to early evaluation of several design concepts.
- Evaluated the over all vehicle geometry deformation pattern and allocated the collapse hinges location.
- Developed a design chart that relate thickness, width and material strength to the overall component strength, the team used the chart to develop component shape.
- Provide the direction to incorporate manufacturing requirements as a main objective in the design of the green house structure.
- Provide to the team the technical expertise on how to build joints to connect several hydro forming components that can withstand high loads.
- Advised and monitored with the team the weld strength capacity at each hinge, relocated the welds to areas of low stresses to prevent weld failures.
- Involved in the coaching and technical development of the supply base in the project.

ARE YOU A PAST HFTA RECIPIENT? NO

ACADEMIC BACKGROUND: PhD in Engineering Mechanics

ADDITIONAL Professional INFORMATION: Chairman of Transportation Committee in Applied Mechanics, ASME

ADDITIONAL Personal INFORMATION

Formatted: Font: Arial

Formatted: Font: Lucida Sans

SUBJECT TO SHARING PROTECTIVE ORDER

PRODUCED BY FORD

7875 00000287067

Prather Declaration
Exhibit 38
Page 16 of 20

DAJBECH000206539

**Please list the information as you would like it to read on your awards**

NAME: Lawernce A. Queener          NICKNAME: Larry

PRONUCIATION: Queen' er            PHONETIC SPELLING:
(This is very helpful)

CURRENT Inter-Company ADDRESS: RIC, MD2130    CDSID: LQUEENER

HOME Mailing ADDRESS: 11542 Lancelot Ln.      Home E-mail: L.QUEENER@FORD.COM

HOMETOWN: Pinckney Mi. USA

BIRTHDATE: 06/29/65                Office Phone: 313-805-3815

YEARS of FORD SERVICE: 13          LEADERSHIP LEVEL: LL6

CURRENT POSITION HELD and AREA: Body Structures Design Supervisor/Project Ldr.

**TECHNICALLY SIGNIFICANT** CONTRIBUTION:
(Be specific. Explain why this technology could not have been created without your input. What specialty did you bring to the development of this technology? This must be more than a leadership role or broad implementation)

I was recruited for the Enhanced roof strength big bang project on 11/04 due to my initial 2003 big bang submission to develop hydro-formed body side architecture and background with hydro formed front structure design. My Contributions to this include:

- Establish project definition, approval and obtained funding to design and develop hydro form body side architecture
- Jointly engineered joint construction methods and sections to enable project execution.
- Developed new technologies in the supply base.
- Lead build and construction of prototype vehicle
- Established testing facilities outside company, do to internal facilities unable to reach the required test loads.
- Initiated or co-authored 18 disclosures that protect the technology.
- Led brain storming events to initiate new ideas, exchange ideas, and build on existing ideas, to develop innovative design solutions for the manufacturing, structures and package issues.
- Managed budget and projects

ARE YOU A PAST HFTA RECIPIENT?    NO

ACADEMIC BACKGROUND.  Master of Science in Control Systems

ADDITIONAL Professional INFORMATION   3 US Patents  1 UK

ADDITIONAL Personal INFORMATION
Family Includes: Wife Sheila and Daughters Danielle, Alison Melanie, and Madison

J. Balzer                                17 or 20              { DATE \@ "M/d/yyyy" }
Enhanced Roof Strength Structure using AHSS Hydro-Forming Body Side           Ford Secret

SUBJECT TO SHARING PROTECTIVE ORDER

PRODUCED BY FORD

7875 00000287068

Prather Declaration
Exhibit 38
Page 17 of 20

DAJBECH000206540

Please list the information as you would like it to read on your awards

NAME: Saied, Q, Nusier          NICKNAME:

PRONUCIATION:                   PHONETIC SPELLING:
(This is very helpful)

CURRENT Inter-Company ADDRESS: RIC, MD2115    CDSID: SNUSIER

HOME Mailing ADDRESS: 2142 Arcadia Dr    Home E-mail: snusier@yahoo.com

HOMETOWN: Canton, MI, USA

BIRTHDATE: 12/04/66             Office Phone: 313-322-6856

YEARS of FORD SERVICE: 4        LEADERSHIP LEVEL: GSR8

CURRENT POSITION HELD and AREA: Safety Structural Design

**TECHNICALLY SIGNIFICANT** CONTRIBUTION:
**(Be specific.** Explain why this technology could not have been created without your input. What specialty did you bring to the development of this technology? This must be more than a leadership role or broad implementation)

> Mr. Nusier used SECOLLAPSE (stability, strength and section analysis code) and VCRUSH a non-linear beam finite element code to design the needed section for all of the roof structural components at the development stage within the available packaging space. Sections developed base on SECOLLAPSE and VCRUSH were used to guide the design by understanding the affect and interaction between each structural component on the over all roof structure performance, hinge location and failure mode. Designing the sections of the structural components to utilize the ultra high strength steel is a key for a successful design with minimum weight impact. Sequence of failure and the detailed section failure stresses for each failure were identified.
> Mr. Nusier initiated and demonstrated the importance of engaging the none struck side of the vehicle by incorporating ultra high strength steel and multi cell section for roof cross members.
> Joint design and flexibility has significant effect on roof peak load, V-Crush and Radioss were used to identify the weakness of all joints and provide the necessary countermeasures to ensure that all joints will hold and transfer the load between the attached structural members efficiently. For example, improving attachment between rear header and roof/C plr joint increased peak roof crush load by 14%
> A detailed CAE model was build that represents the Alpha prototype and used to conduct the roof crush analysis. Mr. Nusier identified additional weak areas based on the full model analysis especially the connection between the pillars and the under body, the pillars were extended all the way down to Rocker and side sill.
> Several innovation disclosures were submitted.

ARE YOU A PAST HFTA RECIPIENT?    NO

ACADEMIC BACKGROUND    PhD in Applied Mechanics

ADDITIONAL Professional INFORMATION    More than 15 journal publication

ADDITIONAL Personal INFORMATION

J. Balzer                                   18 of 20                   { DATE \@ "M/d/yyyy" }
Enhanced Roof Strength Structure using AHSS Hydro-Forming Body Side                Ford Secret

SUBJECT TO SHARING PROTECTIVE ORDER

PRODUCED BY FORD

7875 00000287069

Prather Declaration
Exhibit 38
Page 18 of 20

DAJBECH000206541

Please list the information as you would like it to read on your awards

NAME: James, W. Lowe          NICKNAME:

PRONUCIATION: James LO          PHONETIC SPELLING:
(This is very helpful)

CURRENT Inter-Company ADDRESS: PDC 2E D-31          CDSID: Jlowe

HOME Mailing ADDRESS: 9084 Half Mile rd.          Home E-mail: Jlowe40424@aol.com

HOMETOWN: Temperance, Michigan USA

BIRTHDATE: 4/11/49          Office Phone: 313-805-6560

YEARS of FORD SERVICE: 20          LEADERSHIP LEVEL: LL6

CURRENT POSITION HELD and AREA: Product Innovation Specialist (PPC)

**TECHNICALLY SIGNIFICANT CONTRIBUTION:**
(Be specific. Explain why this technology could not have been created without your input. What specialty did you bring to the development of this technology? This must be more than a leadership role or broad implementation)

I was recruited to participate on the Big Bang Roof Enhancement team because of my contribution and manufacturing lead role on the Hydro-formed modular front end project. My diverse background in stamping, machining, joining, competitive benchmarking and body shop launch leading were critical to aiding in a "design for assembly" solution to the project.

- Participated on a task force defining the magnitude and impact of the roof enhancement project.
- Participated in brain storming multiple design alternatives.
- Considered multiple proposals to obtain objectives.
- Provided assembly manufacturing feasibility to design alternatives.
- Jointly engineered joint construction methods and sections to enable project execution.
- Directed design focus around manufacturing requirements.
- Lead the effort to prepare the product assumptions around the manufacturing requirements.
- Presented & sold the merits of the preferred concepts (including weight and cost efficiency, design and manufacturing flexibility, dimensional stability, to senior management team as home organization.
- Participated in a cost estimate event to verify that the final hydro form design concept did in fact produce the lowest cost alternative solution from a "design for manufacturing" viewpoint.
- Authored or co-authored 18 unique Invention disclosures.

Once the prime design direction was selected I continued to explore manufacturing process concepts which could take full advantage of the structural and dimensional capabilities of the hydro- form manufacturing process.

ARE YOU A PAST HFTA RECIPIENT?    No

ACADEMIC BACKGROUND  BA Human Resources, Mechanical Eng  Tech. Tool & Die Journeyman

ADDITIONAL Professional INFORMATION   (Technical society memberships, publications, patents ards)

ADDITIONAL Personal INFORMATION

J. Balzer                                              19 or 20                              { DATE \@ "M/d/yyyy" }
Enhanced Roof Strength Structure using AHSS Hydro-Forming Body Side                     Ford Secret

SUBJECT TO SHARING PROTECTIVE ORDER

PRODUCED BY FORD

7875 00000287070

Prather Declaration
Exhibit 38
Page 19 of 20

DAJBECH000206542

## INDIVIDUAL PERSONAL HISTORY

Please list the information as you would like it to read on your awards

NAME   Jason Balzer                                NICKNAME

PRONUCIATION   Jason Balls-er                      PHONETIC SPELLING
(This is very helpful)

CURRENT Inter-Company ADDRESS:  RIC 2130           CDSID:  JBalzer

HOME Mailing ADDRESS:   1970 Bluestone             Home E-mail:

HOMETOWN:              Walled Lake, MI 48390

BIRTHDATE:             04/14/1972                  Office Phone:

YEARS of FORD SERVICE:       7                     LEADERSHIP LEVEL: GSR8

CURRENT POSITION HELD and AREA:  Body Structures Engineer / RIC Passive Safety

**TECHNICALLY SIGNIFICANT CONTRIBUTION:**
(Be specific. Explain why this technology could not have been created without your input.  What specialty did you bring to the development of this technology?  This must be more than a leadership role or broad implementation)

I was asked to join this Big Bang Project, because of my past success of developing and implementing new technology with the F150 Magnesium Radiator Support, as well as my years of experience as a Design and Release Engineer.  While on this team I took on the role of the lead D&R Engineer, ensuring that everything we did would not jeopardize the eventual launch of this project on the 2010 P473.

I lead the design & design reviews considering multiple proposals for joints, construction, section designs, and packaging.  I developed the Bill of Materials, keeping track of the various costs & weights of each proposal.  I was the primary contact for the two component suppliers on this project, managing their resources to ensure they meet their deliverables on time.  I also lead the 4 prototype builds at NMPDC, which has allowed us to perform actual vehicle & joint tests to verify the performance of the structure.

I've also used my expertise in robust engineering to lead the development of the Quality Robustness documents (i.e. DFMEA, DVP, etc.), ensuring that the design is robust for all attributes, not just roof strength.  In addition, I've also co-author 10 invention disclosures for this project.

**Formatted:** Font: 10 pt, Not Bold

ARE YOU A PAST HFTA RECIPIENT?     Yes, 2003 Product Development "2004 F150 Magnesium Front End Assembly"

ACADEMIC BACKGROUND   (Degrees, honors, etc.)
- BS Mechanical Engineering, Kansas State University
- MS Engineering Management, University of Michigan

ADDITIONAL Professional INFORMATION   (Technical society memberships, publications, patents ards)
- Technical Societies – SAE, Society of Allied Weight Engineers
- Publications: 3 total including 2 SAE Papers, and 1 Society of Allied Weight Engineers
- Patents: 4 US, 3 European
- Disclosures: 10 on this project

ADDITIONAL Personal INFORMATION   (Anything else you'd like us to know)

J. Balzer                                   20 of 20                 { DATE \@ "M/d/yyyy" }
Enhanced Roof Strength Structure using AHSS Hydro-Forming Body Side                    Ford Secret

SUBJECT TO SHARING PROTECTIVE ORDER

PRODUCED BY FORD

7875 00000287071

Prather Declaration
Exhibit 38
Page 20 of 20

DAJBECH000206543